a. If yes, please list the date(s), durations, and description of the conditions in the cell and the mental healthcare you received. Date: September or October of 2019. I can't recall the exact date. I was in POC for maybe about 2 to 3 days. I was in nothing but a suicide smock with no socks, no T-shirt, no boxers and it was extremely cold in the cell, I was seen by the psychologist who then ordered I be placed in the MHU.

## MENTAL HEALTH MEDICATIONS

24. Are you taking any medications for your MH condition(s)?
[ ] NO
[✓] YES—list medication and which MH condition(s) or symptom(s) it supposed to treat. I am currently taking zerprexa, not sure if I spelled it right or not, but it's to treat anxiety and depression.

25. Has the dosage of your med(s) changed, been discontinued, or have you started new med(s) in SL5 housing?
[ ] NO
[✓] YES— state the reason most often given or if no reason was given
I've changed my meds from paxel to zerprexa due to the side effects I was having. I've had my dosage raised 3 xs.

## CHALLENGES TO YOUR CONFINEMENT

26. Did you ever file an appeal of your SL5 confinement after a PRC hearing pursuant to DC-ADM 802?
[✓] YES   [ ] NO

If yes,
a. How many 802 appeals have you filed? __3__ (number)

b. What was the date of the 802 appeal(s)? 6-6-22

c. Did you appeal to Central Office? [✓] YES   [ ] NO

d. What was the outcome of your appeal? Never recieved one.

e. If it hasn't been resolved yet, what stage of the 802 appeal process are you in currently?
Last stage

5

27. Did you ever file a grievance challenging your SL5 confinement pursuant to DC-ADM 804?
    [✓] YES      [ ] NO

    If yes,
    a. How many grievances have you filed? __3__ (number)
    b. What was the date of the grievance(s)? See Exhibits attached.
    c. Did you receive a response to your grievances? [✓] YES   [ ] NO
    d. What was the response to your grievances? Denied as frivolous.
    e. Did you appeal to Central Office? [✓] YES  [ ] NO
    f. What was the response from Central Office? Didn't recieve one.

    g. If it hasn't been resolved yet, where in the grievance process is your grievance? Last stages.

**LEGAL CHALLENGES**

28. Have you been involved in any past or current lawsuits regarding your initial placement or continued placement in SL5 housing?  NO

    [ ] YES—please explain the nature of these legal challenges and provide the case caption and civil action number

    [ ] NO

6