EX: #46

LC 2023-01

| DC-141, Part 3<br>Program Review<br>Committee Action | | COMMONWEALTH OF PENNSYLVANIA<br>Department of Corrections | | |
|---|---|---|---|---|
| ☐ Misconduct Appeal | | ☐ Periodic Review | | ☐ Other STGMU Placement |
| DC Number<br>HS6238 | Name<br>Maldondo, A | Facility<br>FYT | Date of Review<br>03-03-22 | No. from DC-141, Part 1<br>D190084 SCI Coal Township |

**Program Review Committee's Decision and Rationale**

DATE PLACED IN RHU: 12-28-21    REVIEW # 03    CURRENTLY IN: AC

| REASON FOR CONFINEMENT | COMMENTS AND CONCERNS |
|---|---|
| **AC status**<br><br><br>REVIEW NEEDED<br>Psychology       Security<br>Other (specify)<br><br><br>Reason for review: | A/C Process discussed<br>w/ the I/M<br>previously approved<br>will be given to him<br>Pending STGMU Placement<br>No Concern |

| PRC REVIEW RESULTS | |
|---|---|
| REFUSED   ATA   MEDICAL<br><br>~~No~~ Problems or Concerns:<br><br>Revert to AC on: | Schedule AC Hearing:<br><br>Review:<br><br>Release Date:            To: |

| REQUESTS / PRIVILEGES | |
|---|---|
| TV: Granted   Denied | Daily Allowance: Granted   Denied |
| Radio: Granted   Denied | Phone Call: Granted   Denied |
| Property: Granted   Denied<br>(specify) | Other: Granted   Denied<br>(specify) |

**Decision Relative to PRC Review**

☑ Continue  ☐ Move to AC  ☐ Release to GP  ☐ Release Cell Restriction  ☐ Continue Investigation

☐ Release to Control GRP  ☐ Release Medical  ☐ Release Diag. Center  ☐ Release Sent. Complete

**Decision Relative to Hearing Examiner's Verdict**

☐ Reject  ☐ Uphold  ☐ Uphold-Modify  ☐ Remand back  ☐ Vacate-permit Recharge  ☐ Dismiss

| Names of Program Review Committee Members | Signatures | Date |
|---|---|---|
| J. Trempus     DSFM | [signature] | 03-03-22 |
| R. Hakinden    mom | [signature] | 03-03-22 |
| S. Riddes      CM | [signature] | 03-03-22 |

WHITE – DC-15    YELLOW – INMATE    PINK – STAFF MEMBER REPORTING MISCONDUCT
GOLDENROD - DSFM

Nasy

**DC-ADM 802, Administrative Custody Procedures Manual**
Section 4 – Release from Administrative Custody Status            Attachment 4-A
Issued: 11/24/2014    Effective: 12/29/2014

PETITIONER BRINGS FORTH DC-ADM 802 REQUESTING ADMINISTRATIVE CUSTODY ("AC") STATUS TIME SERVED TO COUNT TOWARDS "SECURITY THREAT GROUP MANAGEMENT UNIT" ("STGMU") TIME SHALL RECOMMENDATION BE APPROVED.   EX: #46

PETITIONER EXHAUSTED THIS ISSUE ON GRIEVANCE BUT WAS REJECTED ON GROUNDS OF DC-ADM 802 BUT ISSUE CAN BE EXHAUSTED THROUGH GRIEVANCE AND DC-ADM 802 BUT SCI-FAYETTE OFFICIALS ARE FINDING RETALIATORY TACTICS FOR PRIOR GRIEVANCES, APPEALS, FAMILY AND ORGANIZATIONS THAT CHALLENGE PRISON CONFINEMENT INJUSTICE. IT'S CLEAR FOR EXERCISING MY CONSTITUTIONAL RIGHT TO NOT SPEAK ABOUT INFORMATION I DO NOT POSSESS THAT MY CONSTITUTIONAL RIGHT TO ACCESS THE COURTS THROUGH GRIEVANCE IS BEING DENIED. AT PRC INTERVIEW ON 3-3-22 I REQUESTED THAT THE ADMINISTRATIVE CUSTODY STATUS TIME SERVED BE COUNTED TOWARDS "STGMU" TIME SHALL RECOMMENDATION BE APPROVED. PETITIONER WAS DENIED WITHOUT A REASONABLE EXPLANATION. THIS IS ANOTHER FORM OF RETALIATION TO CAUSE PSYCHOLOGICAL TRAUMA TO PETITIONER TO ME BY HOUSING ME LONGER IN SOLITARY CONFINEMENT. PETITIONER WAS TOLD HE WILL NEVER GO BACK TO STGMU, ITS WHY RRL WAS RECOMMENDED AND DENIED. PETITIONER'S STRESS LEVEL IS HIGH AND MY PSYCHOSIS HAS HAD ME CONTEMPLATING SUICIDE. DAVENPORT VS. DEROBERTIS, ("MANY, IF NOT MOST, INMATES IN THE SHU EXPERIENCE SOME DEGREE OF PSYCHOLOGICAL TRAUMA IN REACTION TO THEIR EXTREME SOCIAL ISOLATION AND THE SEVERELY RESTRICTED ENVIRONMENTAL STIMULATION IN SHU.)   RELIEF REQUESTED

1.) ACCREDIT ADMINISTRATIVE CUSTODY STATUS TIME SERVED IN TOTAL OR PART TOWARDS STGMU PLACEMENT, IF APPROVED.
2.) DENY STGMU PLACEMENT.
3.) PLACE VIDEO AND AUDIO FOR PETITIONER IN PRC FOR FUTURE CIVIL ACTION COURT DEPOSITIONS TO BE VIEWED AND HEARD AND FOR CIVIL TRIAL.
4.) TRANSFER PETITIONER IMMEDIATELY FROM SCI-FAYETTE.
5.) STOP RETALIATION TACTICS.
6.) COMPENSATORY, MONETARY AND PUNITIVE DAMAGES.
7.) LAUNCH INVESTIGATION INTO SCI-FAYETTE OFFICIALS FOR ABUSE OF AUTHORITY AND CORRUPTION.

DATED: MARCH 8, 2022                                ANGEL MALDONADO #HS-6238
CC: FILE                                            /S/ Angel Maldonado

EX: #47

LA1012-01

| DC-141, Part 3 Program Review Committee Action | COMMONWEALTH OF PENNSYLVANIA Department of Corrections | | | |
|---|---|---|---|---|
| ☐ Misconduct Appeal | ☒ Periodic Review | | | ☐ Other |
| DC Number LD5447 | Name Bell, M | Facility FYT | Date of Review 05-12-22 | No. from DC-141, Part 1 D576327 |

**Program Review Committee's Decision and Rationale**

DATE PLACED IN RHU: 11-17-21    REVIEW # 7    CURRENTLY IN: DC

| REASON FOR CONFINEMENT | COMMENTS AND CONCERNS |
|---|---|
| DC expires 07-27-22/STGMU | Phase: 5  I/m Refused to attend. |
| **REVIEW NEEDED** Psychology    Security Other (specify) Reason for review: | |

PRC REVIEW RESULTS

| REFUSED    ATA | MEDICAL | Schedule AC Hearing: |
|---|---|---|
| (No Problems or Concerns:) | | Review: |
| Revert to AC on: | | Release Date:    To: |

REQUESTS / PRIVILEGES

| TV: Granted   Denied | Daily Allowance: Granted   Denied |
|---|---|
| Radio: Granted   Denied | Phone Call: Granted   Denied |
| Property: Granted   Denied (specify) | Other: Granted   Denied (specify) |

Decision Relative to PRC Review

☒ Continue ☐ Move to AC ☐ Release to GP ☐ Release Cell Restriction ☐ Continue Investigation

☐ Release to Control GRP ☐ Release Medical ☐ Release Diag. Center ☐ Release Sent. Complete

Decision Relative to Hearing Examiner's Verdict

☐ Reject ☐ Uphold ☐ Uphold-Modify ☐ Remand back ☐ Vacate-permit Recharge ☐ Dismiss

| Names of Program Review Committee Members | Signatures | Date |
|---|---|---|
| J. Trempus DSFM | [signature] | 05-12-22 |
| L. Underwood   mom | [signature] | 05-12-22 |
| C.E. Webb    Cust | [signature] | 05-12-22 |

WHITE – DC-15    YELLOW – INMATE    PINK – STAFF MEMBER REPORTING MISCONDUCT
GOLDENROD – DSFM

*DC-ADM 802, Administrative Custody Procedures Manual*
*Section 4 – Release from Administrative Custody Status*    **Attachment 4-A**
Issued: 11/24/2014    Effective: 12/29/2014

100K