EX. #17

| INMATE'S REQUEST TO STAFF MEMBER | Department of Corrections |
|---|---|
| DC-ADM 802 APPEAL OF IRC, STGMU PLACEMENT | MAY 19 2022 INSTRUCTIONS Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| 1. To: (Name and Title of Officer) F/M ERIC ARMEL | 2. Date: S.C.I. FAYETTE  5/13/22 |
| 3. By: (Print Inmate's Name and Number) T. MONTANA BELL # LD5947  [signature] Inmate Signature | 4. Counselor's Name: MAY 19 2022  COOK |
| | 5. Unit Manager's Name SUPERINTENDENT'S OFFICE  RIDDLE |
| 6. Work Assignment | 7. Housing Assignment  LA1012 |

8. Subject: State your request completely but briefly. Give details.

APPEAL STARTS NOW:
BELL CONTINUED, ARBITRARY PLACEMENT / WAREHOUSING IN THE STGMU, WITHOUT ANY ADEQUATE PROGRAMMING OR MENTAL HEALTH TREATMENT, KNOWING HE'S ON THE MENTAL HEALTH I.D. ROSTER, AS A STABILITY-C, FLIRTING WITH A D. IS A DIRECT VIOLATION OF DC-ADM 13.8.1 POLICY, ADA RIGHTS. FAILURE TO ISSUE A MEANINGFUL OPPORTUNITY TO CHALLENGE SUCH PLACEMENT, VIOLATES HIS 8TH & 14TH AMEND. RIGHTS. MONETARY DAMAGES IN CIVIL COURT IS WARRANTED.

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|
| STAFF MEMBER NAME  Print  Signature | DATE |

7.1.1, Counseling Services Procedures Manual - Section 3, Request Slips          Attachment 3-A.



**pennsylvania**
DEPARTMENT OF CORRECTIONS

EX: #47

TO: ~~Montana Bell, LD5447~~
~~L-A-1012~~

FROM: Eric T. Armel
Superintendent

DATE: 5/20/22

SUBJECT: STGMU Appeal

    I have reviewed your STGMU appeal and all information surrounding your current housing status. I find based upon my review that you are appropriately housed at this time. Specific questions regarding your placement and associated privileges can be directed to your Unit Team or PRC. It is noted that you refused to attend PRC on 5/12/22. This appeal is therefore denied.

cc: Deputies/PRC
Counselor – Mr. Cook
Unit Manager – Mr. Riddle
File