PRC APPEAL TO: CHEIF COUNSEL

T. MONTANA BELL
5/23/22    LD5447 @ SCI-FYT'S
STGMU (ARBITRARILY)

## APPEAL STARTS NOW:

BELL'S INITIAL FILING OF APPEAL TO FYT'S F/M (ATTACHED) IS BEING INCORPORATED BY REFERENCE AS THE SAME SET FORTH FULLY AT LENGTH HEREIN.

BELL OBJECTS TO F/M ARMEL'S RESPONSE AND ASSERTS THAT THE SRTU OR BMU IS THE PROPER HOUSING FOR HIM DUE TO HIM BEING ON THE ACTIVE MENTAL HEALTH ID ROSTER, SUFFERING FROM MULTIPLE MENTAL-ILLNESS THAT TENDS TO EFFECT HIS DAILY ROUTINE. WHEREAS THE STGMU LACKS ANY PROGRAMMING, ONLY WAREHOUSING IN THE CELL ALL DAY LONG WITHOUT TREATMENT. THE SRTU AND BMU HAS PROPER PROGRAMMING, WITH OUT OF CELL TIME (20 HOURS WEEKLY), COGNITIVE BEHAVIOR THERAPY THAT HELPS DRUG AND ALCOHOL PATIENTS LIKE MYSELF, ALONG WITH VIOLENCE PREVENTION. THE STGMU DON'T EVEN OFFER "CROSS WORD PUZZEL", "EDUCATION" AND, HOWEVER, IT DOES OFFER INADEQUATE MENTAL HEALTH TREATMENT, IN VIOLATION OF MY TITLE II ADA RIGHTS. BELL IS A QUALIFIED HARD OF HEARING MALE WITH RACING THOUGHTS OF SUICIDE. YOU NEED TO HELP MR. BELL OR HIS BLOOD MAY BE ON YOUR HANDS.  /S/

EX: #47

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
1920 Technology Parkway
Mechanicsburg, PA 17050

~~June~~ May 4, 2022

**OFFICE OF THE**
**CHIEF HEARING EXAMINER**

Montana Bell LD5447
SCI-Fayette

                              Re:    DC ADM 802-Final Review
                                          Appeal of STGMU Placement

Dear Mr. Bell:

      Your request for appeal to final review of your transfer to the Security Threat Group Management Unit (STGMU) is hereby acknowledged.

      In accordance with the provisions of the STGMU policy and DC-ADM 802, I have reviewed all documents related to your recommendation for STGMU Placement. The recommendation for your transfer to the STGMU is in complete accordance with the referral process for STGMU placement and DC-ADM 802. The reasons for STGMU placement were explained to you by the staff at the institution level. At final review this office must agree with their responses.

      This office fully agrees with the responses already provided at the institution level. Accordingly, your appeal to final review must be denied.

                                                                _Zachary J Moslak_
                                                                Zachary J Moslak
                                                                Chief Hearing Examiner
                                                                Pennsylvania Department of Corrections

ZJM/srh
cc: Superintendent Armel

*"Our mission is to protect the public by confining persons committed to our custody in safe, secure facilities, and to provide opportunities for inmates to acquire the skills and values necessary to become productive law-abiding citizens; while respecting the rights of crime victims."*