| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| INMATE'S REQUEST TO STAFF MEMBER | Department of Corrections APR 18 2022 |
| EX: #48 | INSTRUCTIONS |
| | Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer) DEPUTY SUPERINTENDENT MR. TRIMPUS (PRC)
2. Date: 4-12-22
3. By: (Print Inmate Name and Number) ANGEL MALDONADO #HS-6238
   [signature] #HS-6238
4. Counselor's Name: Cook
5. Unit Manager's Name: RIDDLE
6. Work Assignment: —
7. Housing Assignment: L-A-#1023
8. Subject: State your request completely but briefly. Give details.

I HAVE TO PROTECT MY MENTAL HEALTH. LONG TERM SOLITARY CONFINEMENT, THIS FRAUDULENT STGMU, ETC. HAS CAUSED ME SERIOUS AN PSYCHOLOGICAL HARM TO RECENTLY BEING PLACED ON PSYCHO-TROPIC MEDICATION AND PLACED ON THE MENTAL HEALTH ROSTER. I HAVE BEEN EXTREMELY DEPRESSED DUE TO CONTINUED PUNITIVE SEGREGATION PUNISHMENT WITHOUT RECEIVING MISCONDUCTS AND BEING STRIPPED OF ADMINISTRATIVE CUSTODY PRIVILEGES. SUICIDAL THOUGHTS HAVE CROSSED MY MIND. THE RETALIATION I'M EXPERIENCING FOR EXERCISING MY CONSTITUTIONAL RIGHT TO REMAIN SILENT, PETITION THE COURTS THROUGH GRIEVANCE AND APPEALS IS CAUSING ME TO MENTALLY DETERIORATE. I CANNOT PARTICIPATE IN THIS SO-CALLED STGMU PROGRAM THAT DOESN'T OFFER ANY PROGRAMMING. THIS STGMU IS STRICTLY DESIGNED FOR PUNITIVE PURPOSES. AN AC STATUS AC PRISONER CAN BE APPROVED FOR HIS TV IN SIX MONTHS; IN THIS STGMU A PRISONER RECEIVES HIS T.V. IN EIGHT MONTHS, AN EXAMPLE OF THE MANY PUNISHMENTS IN THE STGMU. I HAVE 15 YRS INCARCERATED THIS JUNE 2022 AND SPENT TWELVE (12) YEARS IN SOLITARY CONFINEMENT IN TOTAL. I REQUEST A COMPLETE PSYCHIATRIC EVALUATION BECAUSE I MAY BE UNDER-CLASSIFIED AND MY FAMILY AND MYSELF WILL HOLD YOU AND DOC RESPONSIBLE FOR ANY HARM I EXPERIENCE. STOP PUNISHING ME WITH SOLITARY CONFINEMENT. TRANSFER ME OUT OF SCI-FAYETTE STGMU IMMEDIATELY.
CC: FILE

I am sending this to your Unit Team, Duchess to Assign Psych staff for this review. Your other concerns are noted but Remember you are responsible for your actions.

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME: Trimpus [signature]  DATE 4/14/22

CC: L'um+mgr
    L'unit Psych
7.1.1, Counseling Services Procedures Manual - Section 3, Request Slips    Attachment 3-A