EX.:#49

# AFFADAVIT/DECLARATION OF XAVIAR J. PAGAN KW8620

I, XAVIAR J. PAGAN #KW8620 am a prisoner being held at SCI-Fayette, 50 Overlook Drive, La Belle, Pa 15450, housed on L-Block's STGMU (Security Threat Group Management Unit), B-Pod 17 cell.

I hereby certify and declare that the facts are true and correct to the best of my knowledge, information and belief and I verify them under both Title 28 U.S.C. § 1746 And/or, Title 18 Pa.C.S. §§4904 relating to unsworn falsifications to authorities and that any false statements herein are made subject to the penalties of perjury and false statements and said §§ and Criminal Code.

1.) I, XAVIAR J. Pagan, bring forth this Declaration of true facts. I am a prisoner at SCI-Fayette / STGMU (Security Threat Group Management Unit).

2.) I arrived to this program/institution on the year 2020 between the months of October and December. I was detained

strip searched on J-Block then brought to L-Block's STGMU A-Pod and housed there in that unit.

3.) I was an "AC" inmate housed on phase 5 which is strictly a punitive pod-phase and recieved no in-cell programing or out of cell programing as I progressed through the program phases.

4.) I was phased back (sent back) from phase two to phase four without recieving a misconduct.

5.) During my grievance process I was being retaliated upon, set backs for any little thing became the new norm.

6.) I've watched C.O.'s, S.G.T.'s and Lt's (Lieutenants) physically assault inmates and get away with it all.

7.) And these are just some of the minor things they do. We would get starved by the STAFF/UNIT-TEAM, C.O.S, BACK

here in this Federally funded program ~~whis~~ with no stipulations. I hereby certify and declare that the facts are true and correct to the best of my knowledge, information and belief and I verify them under both Title 28 U.S.C. § 1746 and/or Title 18 PA.C.S. §§ 4904 relating to unsworn falsification to authorities and that any false statements herein are made subject to the penalties of perjury and said §§ And Criminal Code.

Respectfully submitted,
Xaviar J. Pagan
#KW8620

DATE: 5-8th, 2022

May, 8th, 2022