F/M RESPONSE GRIEVANCE 978926

EX: #50

MAY 10 2022

Commonwealth of Pennsylvania
Department of Corrections

Form DC-135A

**INMATE'S REQUEST TO STAFF MEMBER**

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) COOK
2. Date: 5-10-22
3. By: (Print Inmate Name and Number) MAZYCK 25 NW 3714
   Mazyck Kareem
   Inmate Signature
4. Counselor's Name: COOK
5. Unit Manager's Name: Riddle
6. Work Assignment: none
7. Housing Assignment: L-A-6

8. Subject: State your request completely, but briefly. Give details.

I been here for the last 17 month's and I never was giving a work passey and 17 month's the program didn't start into May 3 so I think it's fair to let me out to population for the fact thier was no program y'all was just getting RHU time out of mee.

and I also want my A.C privilege's commisary Phone call's To because I no longer want to partasse in was going on I should still have my A.C privilege's I'm A.C status. Thats my two problems.

Negative. Your time was for the program, However Covid Put a damper on in cell / out of cell programing. You were given the opportunity to attend 30 Day review on 5-4-22 to adress to phase up for your privleges and you refused.

To DC-14 CAR only ☐
To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME Cook
Print
Signature
DATE 5/10/22

7.2.1. Counseling Services Procedures Manual - Section 7, Request Slips

Attachment 3-A