EX: #51



**pennsylvania**
DEPARTMENT OF CORRECTIONS

**TO:** Inmate Angel Maldonado
HS6238
SCI Fayette

**FROM:** Tiffany Fackler
ADA Coordinator
Bureau of Healthcare Services

**DATE:** 06/17/2022

**RE:** **Inmate Disability Accommodations Response**

On May 9, 2022, you submitted an Inmate Disability Accommodation Request Form. You described your disability as, "mind constantly racing", hearing voices "telling me to kill myself", can't sleep, nightmares, sad, scared and feel trapped in STGMU/RHU. As an accommodation, you are requesting to speak with psychology, complete evaluation, grant back weekly visits, weekly phone calls, commissary, food, television in cell, tablet, transfer out of STGMU/RHU to MHU then released to GP, school for GED, prison job, 4 hours of mental health treatment.

On May 9, 2022, you were seen by psychology and reported you are not suicidal. During this appointment strategies to ensure ongoing safety is noted as regular contact with psychology and psychiatry.

Your accommodation request and the relevant medical and/or psychological forms were reviewed. It has been determined that you do have a qualifying disability under the ADA. However, the accommodations requested are not appropriate via DC-ADM 006.

If you are not satisfied with the outcome of your accommodation request please refer to DC-ADM 804, Inmate Grievance System Procedures Manual.

_7/5/22_   Date inmate sent copy of this decision by CHCA.

CHCA Initials _DS_

cc: Electronic Health Records
Superintendent
CHCA
Office of Chief Counsel

Department of Corrections | Bureau of Health Care Services
1920 Technology Parkway | Mechanicsburg, Pennsylvania 17055
717.728.5310 |www.cor.pa.gov