EX:#53



# Initial Review Response
SCI Fayette
50 Overlook Dr
La Belle, PA, 15450-1050

05/04/2022 12:08

| Inmate Name: | JOHNSON, RONNIE EUGENE | DOC #: | DZ3092 |
|---|---|---|---|
| Facility: | Fayette | Unit Location: | L/A 1002 |
| Grievance #: | 977261 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision: Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

On 4/25/22, I received a grievance submitted by you that states as follows: You stated, "On April 24, 2022 C/O1 McWilliams turned L-A T.V off for disciplinary reasons punishing me for no reason around 5:34pm save all camera footage for further litigation from 5:30pm to 5:36pm. This has been a custom on L-A pod since this was done by another C/O1 on April 22, 2022 (Friday) and on Wednesday April 20, 2022 and April 13, 2022 Wednesday. I am AC status and constantly being punished because staff are using the TV to manipulate problems between other inmates they have a problem with this is intended as a divide and conquer by using pure isolation (solitary confinement). I want these staff members removed and the local supervisors demoted because they continue to allow me to be punished for a situation they create with an inmate. I want to be removed from this block or be given my tablet for simulation since I'm not allowed dayroom. A review on why TV's are in L-5 housing. Attempted to speak with C/O1 McWilliams to no avil asked to speak with Lt. Disalvo since he doesn't do rounds but was only able to speak with regular C/OI's who said they won't turn the TV back on."

I began an investigation of the claims made by you in the body of your report. I looked at the RHU TV memo.

Per RHU TV Memo dated 11/23/21 from RHU Captain Walker. The RHU Dayroom TV's are a privilege. The primary purpose is for the dissemination of institutional information to the RHU inmates. If throughout the day the inmate behavior on the Pods (each Pod individually) is appropriate (i.e. No group or individual actions resulting in Staff assaults, flooding of the tier, food strikes, yard sit downs, loud and/or "banging" behavior, fishing and/or negative group activity, etc...) The channel or programs chosen will not be the choice of the inmates. The Commissioned Officer in charge or the RHU or the RHU SGT will determine what channel/program the TV's will be placed on and if the inmate's behavior warrants continued use and/or termination of the privilege.

You are a STGMU Phase 5 inmate and will not be transferred from L Unit. You will not be approved your tablet until you are promoted to STGMU Phase 3. You are not allowed to have dayroom until your promoted STGMU Phase 4.

You are a STGMU Phase 5 inmate on AC status. You don't receive the same privileges as an AC inmate because you are in the STGMU program. There are no signs of you being punished for staff terminating the Pod TV because of negative behavior from inmates on your pod.

Based off the results in my investigation and because you have provided no arguable fact, law, or policy I deny your grievance. I also deny all requested relief in its entirety.

S.C.I. FAYETTE

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D                     Issued: MAY 04 2022 Effective: 2/16/2016

DZ3092     Grievance #:977261

JOHNSON, RONNIE EUGENE                                                        SUPERINTENDENT ASSISTANT II

EX:#53

# Initial Review Response

SCI Fayette
50 Overlook Dr
La Belle, PA, 15450-1050

05/04/2022 12:08

| Signature: | *(signed)* |
|---|---|
| Name: | J. Dongill |
| Title: | STGmu Lieutenant |
| Approver: | R. House |
| Date: | |

CC: Facility Grievance Coordinator
DC-15

S.C.I. FAYETTE

DC-ADM 804, Inmate Grievance System Procedures Manual

MAY 04 2022

Section 1 - Grievances & Initial Review, Attachment 1-D

Issued: 1/26/2016  Effective: 2/16/2016

DZ3092    Grievance #:977261

SUPERINTENDENT ASSISTANT II