

**pennsylvania**
DEPARTMENT OF CORRECTIONS

EX: #54

# MEMO

**DATE:** November 23, 2021

**SUBJECT:** L-5 Dayroom TVs

**TO:** J and L-Unit (Staff and inmates)

**FROM:** Carl E. Walker
L-5 Captain

The L-5 Unit Dayroom TVs are a privilege. There primary purpose is for the dissemination of Institutional information to the L-5 inmates. As such, the following procedure will be utilized for the L-5 Unit Dayroom TVs. From 0800-1600 hours the Dayroom TVs will be turned on and placed on the Institutions inmate information channel.

If, throughout the day the inmate behavior on the Pods (each Pod individually) is appropriate (i.e. No group or individual actions resulting in Staff assaults, flooding of the tier, food strikes, yard sit downs, loud and/or "banging" behavior, fishing and/or negative group activity, etc...) at 1600 hours the Commissioned Officer in charge or Unit Sergeant **MAY** direct the TVs be placed on a channel such as ESPN, National Geographic, Animal Planet, Discovery or another "productive" channel. At no time will there be channels such as BET, CMT, MTV, Cartoon Network or faith-based networks on. The **TVs will be turned off at 2230 hours.**

Watching Sunday/Monday/Thursday Night Football, Major Sports Playoff's or other live sporting events **MAY** be acceptable as long as the inmate's behavior remains positive. Watching these events in their entirety (after 2230 hours) **MAY** also be acceptable as long as the inmate's behavior remains positive; if allowed the TVs will be shut off immediately upon conclusion of the program.

The channel or programs chosen will not be the choice of the inmates. The Commissioned Officer in charge of the L-5s or the Unit Sergeant will determine what channel/program the TVs will be placed on and if the inmate's behavior warrants continued use and/or termination of this privilege.

CC: File