EX: #55

## DECLARATION/AFFIDAVIT

1. Kerion Moore Jr. II NX1234. Am A Prisoner Being Held @ SCI-Fayette Located @ 50 Overlook Drive, LaBelle, Pa. 15450. Housed On L-A Pod, Phase 5 Of The Security Threat Group Management Unit (STGMU).

I Hereby Certify And Declare That The Facts Are True And Correct To The Best Of My Knowledge, Information And Belief And I Verify Them Under Both Title 28 U.S.C. § 1746 And/Or Title 18 Pa. C.S. § 4904 Relating To Unsworn Falsification To Authorities And That Any False Statements Herein Are Made Subject To The Penalties Of Said §§ And Criminal Code.

II. Since Wednesday Even @ 10:15 pm As Correctional Officer One (Hereinafter, "C/O" John Doe) Was Conducting His Round When He Decided To Turn Off The Television As A Punishment Toward All SCI Fayette L-A Pod (STGMU) Phase 5 Refusals And The T.V. Has Not Been Turned Back On Since June 1st, 2022 On L-A Pod Only. Whereas I Am Denied Access To Watch Such Programs Of The Institution Being: Fireside Chats, Religious Services, News Or Any Other Forms Of Stimulation, Which Has Been A Normal Here Since No Supervisors i.e. Lt's, Capt's, Deputies, Majors, Or Superintendent Conducts Any Rounds /

Ex: #55

Within The Program...
Which Has Been The Cause Of Creating Alot Of
Overwhelming Stress, Depression, And Fustrations,
Within Myself Mentally, And Emotionally.

III. Mr. Ronnie E. Johnson #DZ-3092, Angel Maldonado #HS-6238
And Kareem Mazyck #NW-3714 Spoke To Psychological
Service Specialist (Ms. Graft) On June 06, 2022 At Their
Cell Door(s) Clearly In Distress, Such As Myself, From
The Accumulative Harrassment Via. T.V., Denial Of Medical
Assistance, Rescue Inhaler, Extreme Sexually Degrading
Strip Searches, For Yard Or Any Other Out Of Cell Require-
-ments, Hindering Mail, Denial Of Daily Meals, And
Dietary Services, And As Well As, Appealing Procedures
For In House Justice / Adjustments...

Therefore, I Am Giving A Copy Of This Here Statement
To All Names/People Mentioned I.e Ronnie E. Johnson #DZ-30??
Angel Maldonado #HS-6238 As Well As Kareem Mazyck Nw-3714
And Am Willing To Testify The Same Before In Any
Legal Tribune I.e. Criminal/Or Civil.

#Nx-1234
/s/ Merion Moore Jr

Date: June 7. 2022

2/2