EX: #56

# Declaration/Affidavit

I ANGEL MALDONADO #HS-6238 _____, am a prisoner @ SCI Fay-
ette and can be located @: 50 over look Dr., Labelle, PA
15450 and am housed on L Block, A Pod, cell # 1003 ,
Known as Phase 5 of the security threat Group Manage-
ment Unit (STGMU).

I hereby declare and certify that the facts are true
and correct to the best of my knowledge, information,
and belief and I verify the below statements under both
28 uscs 1746 and 18 Pa.cs § 4904 and do hereby declare
under penalty of perjury:

1. All enclosed in this declaration I heard and saw with my
own ears and eyes and do have personal knowledge of all
facts asserted / declared.

2. On 7-14-22 unit manager (u/m) S. Riddle come on to L A Pod
and immediatly yelled out "Everyone on A Pod get the Fuck
up! And get your asses on the door. I'm only gonna say
this once!... No one on this Pod can file any more grie-
vances. Period. Point. Blank. We don't care what it's about or
who it's on. You guys think you can just sit here and grieve
me and my fellow officers you have another thing coming.
theres been literally hundreds of grievances filed between
you all and that stops today. We Know you guys are preparin
to sue us, that's abundantly clear, We'll see how easy your suit

EX: #56

gets dismissed when we show you haven't fully exhausted.

3. I heard Scullen in LA9 cell yell back to u/m riddle "You can't stop us from exercising our 1st amendment rights to have our other rights upheld! That's illegal and unconstitutional. ☐ We're only filing grievances when our rights are really being violated!"

4. u/m riddle responded by yelling "Let me make myself clear. The time for filing grievances or grievance appeals is over. I have the support of Deputy Walker and superintendent Armel. No more grievance forms will be passed out to Apod under any circumstances. Your vioce is officially being silenced. No one cares what happens to a bunch of gang bangers anyway. This applies to all of you on A-Pod. Plus, if you get your hands on one, that grievance will be intercepted by my guards and thrown in the trash can. And that's just the begining."

5. I then heard Scullen in LA9 cell yell out "man ya'll can't do that. Me and my celly shareef (this declarant would point out Scullen has no celly and shareef is merely a hallucination that he believes is a real person occupying his cell) only grieve actual claims. Real issues. No one on this Pod is filing bullshit claims. And what do you mean just the begining?"

6. u/m riddle replied "Fuck your claims! This is my unit! You

EX 1#56

guys are in my world! No more grievances. and thats
Final! If you some how get your hands on a grievance
Form, which I doubt, it will be thrown in the trash, and
than the real fun begins. though, for even attempting to,
my superiors have instructed me to have our guards
not feed you for 3 days straight if a attempt to file a
grievance on this pod is made. No breakfast, lunch, no Dinner
for 3 consecutive days! hows that sound!?"

7. Scullen yelled out again "That's gonna be on camera!

8. U/m riddle replied "We'll give you empty trays with no
food in them so on camera it looks like you got fed. And if
you act up about this we'll say you took your tray hostage
and use that as a pretense to spray you with OC spray
(mase), drag you out your cell, throw you in a camera cell
with no property!"

9. This was met with silence. This caused me to think and feel
NERVOUS, SCARED BECAUSE I'VE BEEN PLACED IN A CAMERA CELL WITH NO
PROPERTY FOR FOUR(4) DAYS

10. U/m riddle went on to say "any further attempts will result
in another 3 days of no food, and a additional punishment of
2 weeks: no showers, no yard, no law library, no mail, and we
will continue to up the ante if we have to. Now, we can't
allow all the grievances you guys have already filed go unpunished

EX: #56

So we will be filing paperwork to put you all on RBL and for some of you we have already done so. and lastly, Deputy Walker will come through tommorow to reiterate what I have just said, though I'd be careful what you say to her."

11. This also was met by shocked and fearful silence. This made me feel DEPRESSED AND FRIGHTFUL THAT I'M GOING TO BE LOCKED IN THE STIGMU or RHU longer WITH NO BASIC HUMAN RIGHTS

12. On 7/15/22 the next morning Scullen in LA9 cell still having grievance forms in his cell from the last time he got them attempted to pass them to the C.O and have them filed in spite of W/m riddles prior announcement the day before. I asked him why he would he stated "we got to try". I asked what they were about he said they were appeals for his grievances #c986683 and 986678.

13. Later the same day C.O came on A Pod with the grievances that Scullen had tried to send out in his hand and yelled out "I will be throwing these in the trash as soon as I'm off camera. Like W/m riddle said yesterday ... ya'll will not be eating for the next 3 days. enjoy your hunger pains." and walked off the Pod.

14. Later the same day Deputy Walker come on the Pod and yelle "How are my hungry little gang bangers? Any comments, questions concerns to the new rules riddle discussed with you yesterday? No one replied. She than walked around the whole Pod and stared us all down.

EX: #56

15. This made me think and Feel I HAVE NO WIN OR WAY OUT OF THIS HELL HOLE WHEN A DEPUTY is ALLOWING OR IN COHOOTS WITH THIS TYPE OF RETALIATION.

16. On 7-15-22, 7-16-22, and 7-17-22 the whole A pod was given empty Food trays at meal times as promised/threatened. No one on A Pod was given breakfast, lunch, nor dinner for 3 straight days because we Filed grievances.

17. To date of this declaration no grievances have been passed out on A Pod.

18. I Anbil MAINWAND #HS6238 ___ am scared to File a grievance and even if I wasN't I couldn't get my hands on a unavailable form. I truly fear retaliation and do not want to go through 3 days of hunger again. Nor do I want my yard, shower law library, and/or mail privileges/rights revoked for attempting to file a grievance like u/m riddle threatened to do. Furthermore even if I wasn't scared of retaliation I believe I can't get a grievance form anyway. The c.o. won't give me one. lastly, I believe even if I could get a form and wasn't scared I truly believe the form wouldn't be processed and would just get thrown away like scullen's did on 7-15-22.

I, Anbil MAINWAND #HS-6238 ___, hereby declare the foregone as true to my Knowledge, Information, and belief. And I do declare so under penalty of perjury. I will be willing to testify on behalf of any one this affected (these Facts) in any court proceeding.