*Property DiSalvo*  *EX: #57*  *due 2-2-22*

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
GRIEVANCE NUMBER: 960166

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| MS. R. HOUSE | FAYETTE | 1-10-22 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| ANGEL MALDONADO #HS-6238 | Angel Maldonado | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: | |
|  | L-BLOCK C-POD CELL #2017 | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve the matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

During Petitioner's property inventory Petitioner was informed that the following items would be confiscated 1-Headphone(broken), 1 Chessboard(altered)-say's Petitioners nickname on it but those items don't concern Petitioner. Petitioner wants only address book that has his only addresses in it. The address book has prisoner's names & state #'s he's met over the years and has nothing to do with gang material. There's prisoner's names & #'s from all creeds, race, religion, etc. Petitioner related that those pages can be ripped out or names & #'s crossed out. This address book was purchased by Petitioner with Petitioner's own money. Also, Petitioner has personal pictures taped inside the address book. Petitioner request his address book returned with his personal pictures of family.

B. List actions taken and staff you have contacted, before submitting this grievance.

Spoke to C/O Harris(property officer) and he said he will hold for grievance. Petitioner does not need headphone or chessboard, only address book and photos attached.

Attached: Confiscation receipt #No. C 539677 ←(DC-154A)

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator

Date: 1-11-22
S.C.I. FAYETTE

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

JAN 11 2022

SUPERINTENDENT ASSISTANT II

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*          Attachment 1-A
Issued: 1/26/2016
Effective: 2/16/2016



# Initial Review Response
SCI Fayette
50 Overlook Dr
La Belle, PA, 15450-1050

EX: #57

01/13/2022 05:45

| Inmate Name: | MALDONDO, ANGEL | DOC #: | HS6238 |
|---|---|---|---|
| Facility: | Fayette | Unit Location: | LTC |
| Grievance #: | 962766 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision: Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

Response:

On 1/11/22, I received a grievance submitted by you that states as follows: You stated, "During petitioners property inventory petitioner was informed that the following items would be confiscated: headphone (broken), chess board (altered). Says petitioners nick name on it but those items don't concern petitioner. Petitioner wants only address book that has his only addresses on it. The address book has prisoners names and state #s he's met over the years and has nothing to do with gang material. There's prisoners names and #s from all creeds, race, religion, etc. Petitioner relayed that those pages can be ripped out or names and #s crossed out. This address book was purchased by petitioner with petitioners own money. Also petitioner has personal pictures taped inside the address book. Petitioner request his address book returned with his personal pictures of family."

I began an investigation of the claims made by you in the body of your report. I looked at the evidence you provided, DC-ADM 815, and an email from the Security Lieutenant Rusnak.

**DC-ADM 815, Personal Property, State Issued Items, and Commissary/Outside Purchases Procedures Manual Section 3 – Personal Property, Cell Contents, and Contraband**

"C. Contraband
1. Contraband is defined as any item possessed by an inmate or found within the facility that is prohibited by law or expressly prohibited by those legally charged with the administration and operation of the facility or program. Additionally, any item altered from its original state (state issued or **personal**) may be considered contraband. Contraband falls into the following categories:

M. **gang-related** materials, literature, photographs, graffiti, etc.;

Q. any item used to indicate **gang affiliation**;"

I (LT DiSalvo) and security looked at your address book prior to it being confiscated. Security went through all your property before you received it. You have no pictures taped to it like you claimed. I also showed you the DC-ADM 815 where it says you can't have any gang material in your possession. The same policy I quoted up top is the same information I gave you. You are still an active STG (Blood) and was confirmed by SCI Fayette Security. You are

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D

S.C.I. FAYETTE

Issued: 1/26/2016  Effective: 2/16/2016

HS6238   Grievance #: 962766

JAN 1 4 2022

MALDONDO, ANGEL

Page 1 of 2

SUPERINTENDENT ASSISTANT II



# Initial Review Response

SCI Fayette
50 Overlook Dr
La Belle, PA, 15450-1050



EX: #57

01/13/2022 05:45

being recommended back into the STGMU Program and the paperwork has already started to be filed. This is because of the information that was in your address book that you claimed had no STG information in it. Your statement is false and proven by an email that states you are going back into the STGMU program because of the address book. Your whole statement is a lie that you claim there are photos and no STG activity in your address book. You are house on the STGMU Unit on an AC pod. STGMU staff take security very seriously and will confiscate all STG related material. It doesn't matter if you purchased it with your own money or not, it is still contraband. No, I will not alter your contraband and give you back your address book. It is your responsibility for you to follow the DOC rules and policies. You choose to not follow the rules and place STG activity in your address book. I deny you any compensation.
Based off the results in my investigation and because you have provided no arguable fact, law, or policy I deny your grievance. I also deny all requested relief in its entirety.

☑ **Frivolous:**

Inmate violated DC-ADM 815 with STG activity in address book and is being placed back into the STGMU Program

| Signature: | C. DiSa |
| --- | --- |
| Name: | C. Disalvo |
| Title: | CO III |
| Approver: | R. House |
| Date: | 1/13/22 |

CC: Facility Grievance Coordinator
DC-15

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D

HS6238    Grievance #:962766

S.C.I. FAYETTE

JAN 1 4 2022

Issued: 1/26/2016  Effective: 2/16/2016