EX: #58

# DECLARATION OF FACTS

I, Angel Maldonado #HS-6238, am a prisoner currently being housed in Phase 5 of the Security Threat Group Management Unit ("STGMU") of SCI-Fayette, located at: 50 Overlook Drive; LaBelle, PA 15450.

## The Facts:

1. December 2012 I was transferred to SCI-Greene Security Threat Group Management Unit ("STGMU") Phase 5. In a matter of days I was allowed my television in the cell where we would watch movies on the weekends. After a two(2) week blackout I would receive weekly STGMU treatment packets. I would receive the treatment packets from a certified treatment group specialist who would help me if I didn't understand anything on the packet and the treatment specialist would hear my problems and help come up with solutions. All Phase 5 prisoner's would also receive any commissary food in their property. We would receive law library two(2) or three(3) times a week. We received initial phone calls and sometimes when a prisoner was under stress they would grant more phone calls and attorney calls. Upon completion of treatment packets prisoners were phased to Phase 4. Was on Disciplinary Custody Status.

2. In July 2015 I was sent back to SCI-Greene STGMU Phase 5 on Disciplinary Custody Status and afforded the same privileges as I was in 2012. The Phase 5 time frame was 45 days and then prisoners and myself were phased to Phase 4.

3. October 2017 I was sent to SCI-Forest Security Threat Group Management Unit ("STGMU") afforded the same privileges as SCI-Greene Phase 5 but I only served thirty(30) days on Phase 5 at SCI-Forest STGMU. I was on Administrative Custody Status.

EX: #58

4. On March 2022 I was housed in SCI-Fayette STGMU. The Phase 5 has no programming or in-cell treatment packets. No certified treatment specialist visits Phase 5 or hands out any treatment packets. I'm on administrative custody status and not allowed to use the phone, no television, no tablet, no commissary food, one weekly zoom visit a month, etc. I was actually stripped of my T.V, tablet, weekly phone calls, weekly visits, and commissary food without a misconduct and placed in SCI-Fayette STGMU Phase 5. I've been threatened to become an informant or I would be kept on Phase 5 for a long time then placed on the Restricted Release List. I continued to refuse to become an informant for Lt. Dostuo, Unit Manager Riddle and SCI-Fayette security. I fear for my life and been contemplating suicide to escape this misery. The B-Unit television has and is used as punishment, the L-Block A-Pod T.V has been off since June 1, 2022 and not turned on since. I been on Phase 5 now for four (4) months misconduct free and treated like a disciplinary custody status prisoner or maybe worse. I only receive law library once every other week. My legal materials and mail are being tampered with by SCI-Fayette DOC employees.

I hereby declare and certify that these facts are true and correct. I verify this statement in accordance with Title 28 U.S.C. § 1746 and Title 18 Pa C.S § 4904 and understand that falsifications are subject to penalty.

I grant permission for prisoner Ronnie Johnson #LZ3092, Pagan #KW8620, Medley #MB7817, Scullen #KF6696, Bell #LD5447 to submit my declaration to a court of law and I am also willing to make the same declaration at any in-person legal proceedings.

/s/ Angel Maldonado

Date: July 12, 2022