~~Dorgilli Conditions~~

EX: #59

Due 5/31/22

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
979554
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR | FACILITY: | DATE: |
|---|---|---|
| RHONDA HOUSE | FAYETTE | 5-6-22 |
| FROM: (INMATE NAME & NUMBER) | SIGNATURE OF INMATE: | |
| ANGEL MALDONADO # HS-6238 | Angel Maldonado | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: L-A-#1003 | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

ON MAY.2,2022 PETITIONER WAS ASKED IF HE WANTED TO COME OUT OF CELL AND SEE PSYCH GRAFT OR JEFFERIES AND PETITIONER DECLINED. ABOUT TEN MINUTES LATER C/o PRICHARD AND NEAL SAID I HAVE TO GO IN A PSYCHIATRIC OBSERVATION CELL (POC) CAMERA CELL AND PETITIONER ASKED TO SEE THE PSYCH. A C/o NEAL WAVED OFF THE POD AND SPOKE TO UNIT MANAGER RIDDLE AND RETURNED STATING THEY'LL SEE YOU IN THE "POC" CAMERA CELL. PETITIONER WAS STRIPPED OUT AND MOVED TO L-BLOCK B-POD CELL #1007 IN A T-SHIRT AND BOXERS AND PLACED IN A HARD CELL WITH ONLY A SMOCK BLANKET AND MATTRESS. THE POC HARD CELL CONTAINS A SHOWER, A BED FRAME, STEEL TABLE AND STOOL, SINK CONNECTED TO TOILET, CAMERA AND BACK DOOR THAT LEADS TO A SMALL CAGED YARD. WITHIN THE FIRST HALF HOUR U/M RIDDLE PAID A CELL DOOR VISIT TO PETITIONER STATING YOU NEED TO STOP WRITING OUTSIDE ORGANIZATIONS BECAUSE PRISON SOCIETY CALLED SCI-FAYETTE STATING YOU WERE CONTEMPLATING SUICIDE AND IF YOU DON'T STOP FILING GRIEVANCES OR FILING LAWSUITS I'M GONNA MAKE SURE YOU STAY IN THIS HARD CELL/POC CONCLUDING THE BRIEF CELL DOOR VISIT. AT NOON ON MAY.2,2022 PSYCH JEFFERIES AND GRAFT PAID A CELL DOOR VISIT TO PETITIONER AND ASKED HOW PETITIONER WAS DOING? PETITIONER EXPLAINED THAT HE WAS NOT FEELING SUICIDAL. PETITIONER WAS TOLD HE WOULD BE IN THE "POC" CELL AT A MINIMUM TO THURSDAY. PETITIONER EXPLAINED THAT HE WROTE THE LETTER TO PRISON SOCIETY CONTEMPLATING SUICIDE TWO WEEKS BEFORE BEING PLACED IN POC AND DID NOT NEED TO BE IN POC. THE POC HEIGHTENED PETITIONER'S PSYCHOSIS EVEN MORE. PETITIONER COULD HAVE COMMITTED SUICIDE IN THE POC WITH T-SHIRT ON BACKDOOR HANDLE. PETITIONER IS CERTAIN THE POC WAS PUNISHMENT AND NOT TO PROTECT PETITIONER. PETITIONER HAS BEEN HAVING NIGHTMARES SINCE HE WAS MOVED OUT OF POC AND IS HEARING VOICES AGAIN. RELIEF:(1) PROTECT ME FROM U/M RIDDLE;(2) REPRIMAND PSYCH JEFFERIES AND GRAFT BECAUSE U/M RIDDLE SHOULDN'T BE INVOLVED IN PETITIONER PSYCH ISSUES;(3) PROTECT PETITIONER PSYCH CONFIDENTIALITY;(4) TRANSFER OUT OF SCI-MU AND FAYETTE;(5) $400,00 MONETARY COMPENSATORY AND PUNITIVE DAMAGES.

B. List actions taken and staff you have contacted, before submitting this grievance.

SPOKE TO PRT UNIT AND PSYCH/DOCTOR SAAVEDRA

Your grievance has been received and will be processed in accordance with DC-ADM 804.

_Signature of Facility Grievance Coordinator_    5-9-22
Date

WHITE Facility Grievance Coordinator Copy    CANARY File Copy    PINK Action Return Copy
GOLDEN ROD Inmate Copy

S.C.I. FAYETTE

MAY 09 2022

*DC-ADM 804, Inmate Grievance System Procedures Manual
Section 1 – Grievances & Initial Review*      Attachment 1-A

EX: #59



# Initial Review Response
SCI Fayette
50 Overlook Dr
La Belle, PA, 15450-1050

05/16/2022 08:31

| Inmate Name: | MALDONDO, ANGEL | DOC #: | HS6238 |
|---|---|---|---|
| Facility: | Fayette | Unit Location: | L/A |
| Grievance #: | 979554 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision: Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

On 5-2-2022 I received a grievance submitted by you which summarizes as follows: On May 2, 2022 petitioner was asked if he wanted to come out of cell and see psych Graft or Jefferies and petitioner declined about ten minutes later a CO Pritchard and Neal said I have to go in a psychiatric observation cell (POC) camera cell and petitioner asked to see the psych. A C/O Neal walked off the pod and spoke to unit manager Riddle and returned stating they'll see you in the "POC" camera cell. Petitioner was stripped out and moved to I-block B-pod cell #1007 in a t-shirt and boxers and placed in a hard cell with only a smock blanket and mattress. The POC hard cell contains a shower, a bed frame, steel table and stool, sink connected to toilet, camera and back door that leads to a small caged yard. Within the first half an hour U/M Riddle paid a cell door visit to petitioner stating you need to stop writing outside organizations because prison society called SCI-Fayette stating you were contemplating suicide and if you don't stop filing grievance or filing lawsuits I'm going to make sure you stay in this hard/cell/POC concluding the brief cell door visit. At noon on May 2, 2022 psych Jefferies and Graft paid a cell door visit to petitioner and asked how petitioner was doing? Petitioner explained that he was not feeling suicidal. Petitioner was told he would be in the "POC" cell at a minimum to Thursday. Petitioner explained that he wrote the letter to the prison society contemplating suicide two weeks ago before being placed in POC and did not need to be in the POC. The POC heightened petitioners' psychosis even more. Petitioner could have committed suicide in the POC with t-shirt on back door handle. Petitioner is certain the POC was punishment and not to protect petitioner. Petitioner has been having nightmares since he was moved out of POC and is hearing voices again. Relief: 1) protect me from U/M Riddle 2) Reprimand psych Jefferies and Graft because U/M Riddle shouldn't be involved in petitioner psych issues 3) Protect petitioner psych confidentiality 4) Transfer out of STGMU and Fayette 5) $100,000 monetary compensatory and punitive damages. Spoke to PRT unit and psych/doctor Saavedra

On 5-4-2022 I began a Finding of Facts concerning your claims: After evaluating the statements and questioning the individuals involved with the incident, I found the following facts and information. As you admitted in the body of your report, you did write a letter to the Prison Society stating you were, "contemplating suicide two weeks ago". That Information was thankfully, brought to the institution's attention by the Prison Society, so that the proper steps could be taken for your protection. Procedure dictates that the information be given to Dr. Saavedra in order for him "A qualified professional" to take the appropriate steps in protecting you. He made the determination to place you in L-B-1007 which is in fact not a POC Cell. This Cell is simply a camera cell in order to have a more heightened observation of you in your time of need. Once PRT (to include Dr. Saavedra) evaluated your situation and determined you were in a better place, you were removed from the Camera Cell and placed back on LA-Pod. Mr. Riddle was asked about claim you made toward him and stated he simply tried to explain that letters written to outside agencies that include threats of self-harm are taken seriously, and the proper steps had to be taken for your safety.

Because you have not provided any arguable Fact, Law, or Policy I deny your grievance and all requested relief in it's entirely. I further deem this grievance frivolous.                                    S.C.I. FAYETTE

MAY 17 2022

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D                Issued: 1/26/2016 Effective: 2/16/2016

HS6238    Grievance #: 979554

MALDONDO, ANGEL                                                        SUPERINTENDENT ASSISTANT

Ex: #59



# Initial Review Response
SCI Fayette
50 Overlook Dr
La Belle, PA, 15450-1050

05/16/2022 08:31

☑ **Frivolous:**
No arguable fact law or policy

| Signature: | *(signed)* J. Dongill CO III |
|---|---|
| Name: | J. Dongill |
| Title: | STGMA Lieutenant |
| Approver: | D. Burkholder |
| Date: | |

CC: Facility Grievance Coordinator
DC-15

S.C.I. FAYETTE

Ex, #59

Due to 11/3/2022

## SCI INMATE APPEAL TO FACILITY MANAGER GRIEVANCE

MAY 19 2022

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| HS-6238 | ANGEL MALDONADO | L-A #1022 | 5-18-22 | 979554 |

I received my initial response from the Grievance Office/Coordinator on MAY 18, 2022 and have the following appeal issues:

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

Petitioner appeals Lt. Dongilli Initial Review Response ("IRR"). Lt. Dongilli states: I began a finding of facts and states procedure dictates that the information be given to Dr. Saavedra in order for him to take the appropriate steps in protecting you. He made the determination to place you in L-B 1007 which is in fact not a POC cell. This cell is simply a hard cell/camera cell. It's clear Lt. Dongilli did not begin a finding facts because Dr. Saavedra was on vacation the day petitioner was placed in L-B 1007 and petitioner told PSS Jefferies and PSS Graff that he is not suicidal like two weeks ago when he wrote Prison Society and PSS Jefferies and Graff stated Dr. Saavedra comes back from vacation on May 5, 2022 and you will be in this cell from May 2, 2022 to a minimum at May 5, 2022. When did Dr. Saavedra determine to place me in L-B-1007 when he was not here. Lt. Dongilli is telling bold lies and allowed to answer official inmate grievances is criminal. Petitioner wrote Dr. Saavedra on 5-16-22 about how being placed in L-B 1007 heightened anxiety, insomnia, brought back auditory hallucinations, etc. and needs new medication, therapy, etc. Because Zyprexa wasn't working or Remeron and Saavedra has not paid me a visit showing deliberate indifference. Petitioner seeks a healing and healthy environment and be removed from this toxic stigma causing mental deterioration. Petitioner lays out solutions that can help bring him back to a decent mindframe, (out of cell activity, four(4) weekly hours of mental health treatment governed by PADOC 13.8.1 policy, vis a vis counseling, weekly virtual family visits, weekly phone calls, emails to love ones by tablet and kiosk, a 201 voluntary mental health evaluation by professionals governed by PADOC 13.8.1 policy, I come as a human being who needs help. Please help me. My relief remains the same.

CC: File

INMATE SIGNATURE: Angel Maldonado

S.C.I. FAYETTE

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 2 – Appeals
Issued: 1/26/2016
Effective: 2/16/2016

MAY 20 2022
Attachment 2-A


EX: #59



# Facility Manager's Appeal Response
SCI Fayette
50 Overlook Dr
La Belle, PA, 15450-1050

05/25/2022 11:29

| | | | |
|---|---|---|---|
| **Inmate Name:** | MALDONDO, ANGEL | **DOC #:** | HS6238 |
| **Facility:** | Fayette | **Unit Location:** | L/A |
| **Grievance #:** | 979554 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

### Decision: Uphold In Part/Deny In Part

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

### Response:

You base your appeal on your opinion the response you received for this grievance contains incorrect information. After reviewing the response you received it has been determined your appeal will be upheld in part and denied in part. Your appeal is being upheld in part based on the fact you were placed in LB 1007 (not a POC) by RHU Captain Walker. Captain Walker placed you in this camera cell based on the fact you wrote to the Prison Society stating you were suicidal. Captain Walker placed you in the camera cell in order to have a more heightened observation. Your appeal is being denied in part based on the fact the RHU Captain acted appropriately when he placed you in cell LB 1007, due to your statements of suicidal thoughts to the Prison Society. The cell move was made to maintain your safety and in compliance with policy. Your appeal is also being denied in part based on the fact the miscommunication between staff has no affect on the out come of your grievance. This statement is supported by documentation by PSS Graft. You were seen by Mental Health staff and after speaking with Captain Walker, the appropriate decision concerning your housing was made. It has been determined the statements made by staff are credible.
Based on the above information, your appeal is upheld in part and denied in part. In addition, all requested relief is denied.

**Signature:** *ETA*
**Name:** E. Armel
**Title:** Facility Manager
**Date:** 5-26-22
CC: DC-15
    File

# INMATE APPEAL TO FINAL REVIEW GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| HS-6238 | Angel Maldonado | Fayette | 6-6-22 | 979554 |

I received my appeal from the Superintendent on June 2, 2022 and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions. Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

Petitioner appeals the Facility's Manager Appeal Response which was upheld in part and denied in part. The Facility Manager shall be reprimanded for allowing Lt. Dongilli to answer official Inmate Grievances via Initial Review Response and tell bold lies which is the third time Lt. Dongilli answered my Initial Review Response with bold lies. This is criminal. Also, Captain Walker should not have been allowed to override the Mental Health Department especially when I relayed I was not feeling suicidal before being placed in the camera cell and after being placed in the camera. This proves pure retaliation because I was stripped of all my property and placed in the camera cell in a t-shirt, boxers and smock blanket from May 2 to May 5, 2022 and the statement Unit Manager Riddle stated: "You need to stop writing outside organizations because Prison Society called SCI-Fayette stating you were contemplating suicide and if you don't stop filing grievances or filing lawsuits I'm gonna make sure you stay in this hard cell." No where in policy does it state that placing a prisoner in a camera cell with a t-shirt, boxers and smock blanket and property restriction for three days who states he is not feeling suicidal two weeks later since he wrote letter in accordance with any DOC policy. Petitioner seeks a healing and healthy environment and be removed from this toxic stigma causing mental deterioration. Petitioner lays out solutions that can help bring him back to a decent mindframe; (out-of-cell group/activity, in-cell treatment, four (4) hours weekly of Mental Health Treatment governed by PADOC 13.8.1 policy, vis-a-vis counseling, weekly virtual family visits, weekly phone calls, emails to and from loved ones by tablet and kiosk, a 201 Voluntary Mental Health Evaluation by Professionals governed by PADOC 13.8.1 policy. I come as a human who needs help. Please help me.

*My relief remains the same as my Official Inmate Grievance ("OIG").

CC: File

INMATE SIGNATURE: *Angel Maldonado*

EX:#59

Page 1 of 2



# Final Appeal Decision

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

06/30/2022 01:35

LA3

| Inmate Name: | MALDONDO, ANGEL | DOC #: | HS6238 |
| --- | --- | --- | --- |
| SCI Filed: | Fayette | Current SCI: | Fayette |
| Grievance #: | 979554 | | |

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted above. In accordance with the provisions of DC-ADM 804, Inmate Grievance System Policy, the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

**Decision: Uphold In Part / Deny In Part**

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

**Response:**

You claim in your grievance that on 5/2/22 you were asked if you wanted to see psych staff. You claim you declined and about ten minutes later Officers Pritchard and Neal informed you that you had to go to POC and you then asked to see psych. You claim that an officer talked with UM Riddle and informed you that they would see you in the "POC" camera cell. You claim you were strip searched and moved to a POC in a t-shirt and boxers and were placed in a hard cell with only a smock blanket and mattress. You claim that UM Riddle came to your cell and told you that the Prison Society called claiming that you were contemplating suicide and you allege he also said if you don't stop filing grievance or filing lawsuits, he was going to make sure you stay in the POC. You claim that psych staff came to your cell and asked how you were doing. You claim that you told them that you were not feeling suicidal. You claim that you wrote the Prison Society two weeks ago and that you did not need to be in the POC. An investigation was conducted regarding your allegations. The record reflects that staff were interviewed. The record reflects that you did write a letter to the Prison Society indicating that you were "contemplating suicide two weeks ago". The record reflects that the institution was notified, as they should be. The record reflects that Dr. Saavedra was to review this information and take the appropriate steps to help you and to prevent you from hurting yourself. Due to the seriousness of this, you were placed in L-B-1007 which is not a POC cell but a camera cell. The record reflects that once staff had time to review the information and decided that you were ok to be released, you were moved to another cell on L Unit. The record reflects that UM Riddle reported that he tried to explain to you that letters sent to outside agencies are taken seriously and that security steps have to be taken. You have failed to provide any evidence to substantiate your claims regarding your placement or that Lt. Dongilli should not addressed your issue. Therefore, your grievance is denied as well as your requested relief.

Mr. Maldondo, you are encouraged to talk with psych staff if you have any issues. It is ok that you wrote to the Prison Society but in issues like this, you should also talk to the staff that are at the institution so that your issues can be addressed immediately. Letters to outside agencies can take a few days or even get lost in the mail. You are encouraged to talk with staff and you can also write to the Prison Society for follow up.

---

**DC-ADM 804, Inmate Grievance System Procedures Manual**

Section 2 - Appeals, Attachment 2-F                                    Issued: 1/26/2016  Effective: 2/16/2016

HS6238    Grievance #:979554

MALDONDO, ANGEL        DC-15/Superintendent - Fayette                                    Page1 of 2

EX! #59



**Final Appeal Decision**

Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

06/30/2022 01:35

| Signature: | *Keri Moore for* |
| --- | --- |
| Name: | D. Varner |
| Title: | Chief Grievance Officer |
| Date: | 06/30/22 |

CC: DC-15/Superintendent – Fayette
Grievance Office