EX: #60

United States District Court

- Civil Action
- No.
- Declaration

Declaration of A. Tindell
ID # MZ-6148

On May 2nd, 2022, I was in cell number 02 on L-B Pod at SCI Fayette. I witness Mr. Riddle at approx. 10:40 AM go to L-B Pod cell 07 to A. Maldanado and told him if he don't stop filing grievances & his current civil suit that he was going to be locked down for a long time. I witness A. Maldanado tell Mr. Riddle that he is not suicidal and that he don't know why he was placed in a hard cell. At approx. 12:25 Ms. Jeffries and Ms. Graft came to see him as well and he told them the same thing "He's not suicidial" and that he shouldn't be in that cell. I hereby declare under penalty of perjury that the foregoing is true and correct. I'm willing to participate in any court proceedings on behalf of A. Maldanado as a witness for him. [signature] MZ-6148    05-03-2022