INMATE'S REQUEST TO STAFF MEMBER — Department of Corrections

MAY 16 2022

EX: #61

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To (Name and Title of Officer): **LPM DUNCAN**
2. Date: **5-16-22**
3. By (Print Inmate Name and Number): **ANGEL MALDONADO #HS-6238**
   Inmate Signature: *[signature]* #HS-6238
4. Counselor's Name: **COOK**
5. Unit Manager's Name: **RIDDLE**
6. Work Assignment: /
7. Housing Assignment: **L-A #1003**
8. Subject: State your request completely but briefly. Give details.

EVER SINCE I WAS PLACED IN THE POC ON MAY.2,2022 TO MAY.5,2022 AND NOT FEELING SUICIDAL BUT STILL HELD IN THE POC HAS CAUSED ME TO HAVE NIGHTMARES, HEAR THE VOICE TALKING TO ME AGAIN, MY BODY FEELS WEAK, I CAN'T SLEEP, MY MIND IS CONSTANTLY RACING, I FEEL I'M BREAKING DOWN MENTALLY AND PHYSICALLY IN THIS RHU/STGMU. I'M SCARED AND NEED HELP. I'M NOT RECEIVING ANY MENTAL HEALTH TREATMENT. I SPENT OVER A DECADE LOCKED IN THESE RHU'S FROM 2008 TO 2022 AND NEVER EXPERIENCED WHAT I'M GOING THROUGH. PLEASE HELP ME.

---

Mr. Maldonado,

PSS Cropt now covers your Housing Unit. I will let her know you want help with the above.

☐ To DC-14 CAR only    ☐ To DC-14 CAR and DC-15 IRS

STAFF MEMBER NAME: **Lisa Duncan**  Signature: *Lisa Duncan, LPM*  DATE: **5/16/22**

Cc: File, PSS Cropt

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips        Attachment 3-A