| DC-141, Part 3<br>Program Review<br>Committee Action | | COMMONWEALTH OF PENNSYLVANIA<br>Department of Corrections | | |
|---|---|---|---|---|
| ☐ Misconduct Appeal | ☒ Periodic Review | | ☐ Other | |
| DC Number | Name | Facility | Date of Review | No. from DC-141, Part 1 |
| LD5447 | BELL | BEN | 4/6/16 | B706193 |

**Program Review Committee's Decision and Rationale:**
PRC conducted a periodic review with regards to Inmate Bell who is currently in DC status with a DC Max date of 7/31/16.

**PRC ACTION:** Inmate has been discharged from the POC by the psychiatrist. PRC releases inmate from POC to DTU effective 4/6/16. Continue on 15 minute observations until reviewed by PRT. Inmate is permitted DTU clothing and all in cell allowable property.

**PSYCHOLOGY STAFF CONCURS: Yes**

**NEXT REVIEW DATE: 1 week**

| Decision Relative to PRC Review | | |
|---|---|---|
| ☒ Continue ☐ Move to AC ☐ Release to GP ☐ Release Cell Restriction ☐ Continue Investigation | | |
| ☐ Release to Control GRP ☐ Release Medical ☐ Release Diag. Center ☐ Release Sent. Complete | | |
| Decision Relative to Hearing Examiner's Verdict | | |
| ☐ Reject ☐ Uphold ☐ Uphold-Modify ☐ Remand back ☐ Vacate-permit Recharge ☐ Dismiss | | |
| Names of Program Review Committee Members | Signatures | Date |
| Bobbi Jo Salamon, DSCS; Daniel Myers, DSFM | | 4/6/16 |
| Jennifer Rossman, CCPM; Timothy Graham, Major | | 4/6/16 |
| Shawn Wiggins, CAM; Stefan Stessney, UM | | 4/6/16 |

WHITE – DC-15       YELLOW – INMATE       PINK – STAFF MEMBER REPORTING MISCONDUCT
GOLDENROD - DSFM

*DC-ADM 802, Administrative Custody Procedures Manual*
*Section 4 – Release from Administrative Custody Status*       **Attachment 4-A**
Issued: 11/24/2014       Effective: 12/29/2014