| DC-141, Part 3<br>Program Review<br>Committee Action | COMMONWEALTH OF PENNSYLVANIA<br>Department of Corrections | | | |
|---|---|---|---|---|
| ☐ Misconduct Appeal    ☒ Periodic Review    ☐ Other | | | | |
| DC Number | Name | Facility | Date of Review | No. from DC-141, Part 1 |
| LD5447 | BELL | BEN | 4/7/16 | B706193 |

**Program Review Committee's Decision and Rationale:**
PRC conducted a periodic review with regards to Inmate Bell who is currently in DC status with a DC Max date of 8/15/16.

**PRC ACTION:** PRC review held with inmate as part of stability code D, Enhanced Mental Health Protocol.

Inmate Bell attended weekly PRC Review. Inmate is requesting group counseling to help with getting out of the DTU. PRC stated he is now on the DTU where OOC programming is offered. He wished to speak to PRT and was advised he was on the list for PRT this afternoon. No other concerns.

**PSYCHOLOGY STAFF CONCURS: Yes**

**NEXT REVIEW DATE: 1 week**

| Decision Relative to PRC Review |
|---|
| ☒Continue  ☐ Move to AC  ☐ Release to GP  ☐ Release Cell Restriction  ☐ Continue Investigation |
| ☐ Release to Control GRP  ☐ Release Medical  ☐ Release Diag. Center  ☐ Release Sent. Complete |
| Decision Relative to Hearing Examiner's Verdict |
| ☐ Reject  ☐ Uphold  ☐ Uphold-Modify  ☐ Remand back  ☐ Vacate-permit Recharge  ☐ Dismiss |

| Names of Program Review Committee Members | Signatures | Date |
|---|---|---|
| Bobbi Jo Salamon, DSCS; Daniel Myers, DSFM | | 4/7/16 |
| Jennifer Rossman, CCPM; Timothy Graham, Major | | 4/7/16 |
| Shawn Wiggins, CAM; Stefan Stessney, UM | | 4/7/16 |

WHITE – DC-15     YELLOW – INMATE     PINK – STAFF MEMBER REPORTING MISCONDUCT
GOLDENROD - DSFM

*DC-ADM 802, Administrative Custody Procedures Manual*
*Section 4 – Release from Administrative Custody Status*     **Attachment 4-A**
Issued: 11/24/2014     Effective: 12/29/2014