| DC-141, Part 3<br>Program Review<br>Committee Action<br>☐ Misconduct Appeal ☒ Periodic Review ☐ Other | | **COMMONWEALTH OF PENNSYLVANIA**<br>**Department of Corrections** | | |
|---|---|---|---|---|
| DC Number | Name | Facility | Date of Review | No. from DC-141, Part 1 |
| LD5447 | BELL | BEN | 4/13/16 | B706193 |

**Program Review Committee's Decision and Rationale:**
PRC conducted a periodic review with regards to Inmate Bell who is currently in DC status with a DC Max date of 8/15/16.

**PRC ACTION:** PRC review held with inmate as part of stability code D, Enhanced Mental Health Protocol.

Inmate Bell attended PRC out of cell. Inmate reports he has been attending OOC Programming this past week and that it has been helping. PRC advised inmate that he has displayed several behavior problems this week and inmate acknowledged it's been a bad week. PRC encouraged inmate to continue with his programming and he will be seen again next week. Inmate had no other concerns.

**PSYCHOLOGY STAFF CONCURS:** Yes

**NEXT REVIEW DATE:** 1 week

| Decision Relative to PRC Review | | |
|---|---|---|
| ☒Continue ☐ Move to AC ☐ Release to GP ☐ Release Cell Restriction ☐ Continue Investigation | | |
| ☐ Release to Control GRP ☐ Release Medical ☐ Release Diag. Center ☐ Release Sent. Complete | | |
| Decision Relative to Hearing Examiner's Verdict | | |
| ☐ Reject ☐ Uphold ☐ Uphold-Modify ☐ Remand back ☐ Vacate-permit Recharge ☐ Dismiss | | |
| Names of Program Review Committee Members | Signatures | Date |
| Bobbi Jo Salamon, DSCS; Daniel Myers, DSFM | | 4/13/16 |
| Jennifer Rossman, CCPM; Timothy Graham, Major | | 4/13/16 |
| Shawn Wiggins, CAM; Stefan Stessney, UM | | 4/13/16 |

WHITE – DC-15    YELLOW – INMATE    PINK – STAFF MEMBER REPORTING MISCONDUCT
GOLDENROD - DSFM

*DC-ADM 802, Administrative Custody Procedures Manual*
*Section 4 – Release from Administrative Custody Status*        **Attachment 4-A**
Issued: 11/24/2014    Effective: 12/29/2014