| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |
| | INSTRUCTIONS |
| | Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer) SNU PSYCHOLOGIST: MR. BURKOVICH
2. Date: 6/11/18
3. By: (Print Inmate Name and Number) T. MONTANA BELL #LD5447
4. Counselor's Name: ANKROM
   Inmate Signature
5. Unit Manager's Name: AURANDT
6. Work Assignment:
7. Housing Assignment: (please print cell location) LB A 1005

8. Subject: State your request completely but briefly. Give details.

CAN YOU PLEASE SEND ME A LIST OF ALL MY DIAGNOSIS???

9. Response: (This Section for Staff Response Only)

OTHER SPECIFIED DEPRESSIVE DISORDER
ANTISOCIAL PERSONALITY DISORDER

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____ Print _____ Signature _____ DATE _____