# Individual Recovery Plan

**Current Date:**
11/18/2021

**Current Location:**
SCI FAYETTE

**Recovery Plan:**
☑ Review

**IRP Purpose:**
☑ Restricted Housing Unit    ☑ Annual    ☑ Other

**Specify Other IRP Purpose:**
STGMU

**MH/ID Roster:**
C

## MH/ID D Roster Patients Only

**MH/ID D Roster due to:**
*NO ANSWER PROVIDED*

**Next Regular Scheduled Due Date of IRP:**
☑ RHU for C-roster= 180 days from Initial Date

**Current Housing Unit:**
L-A-1010

**IQ:**
☑ Average

**Diagnosis:**
F41.9 -**[F41.9]** UNSPECIFIED ANXIETY DISORDER [CIONE, COURTNEY] -2020-06-18

# Goals for Treatment

## Treatment Goal #1-Developed by the Individual and the Treatment Team

**Treatment Goal #1:**
☑ Recovery from Anxiety Disorders

**Individualized description of Recovery Goal:**

---

**Individual Recovery Plan - Psychology**
Psychiatric recovery plan for patients

Patient Name: BELL, MONTANA
Patient Number: LD5447
Location: L-A-1010-01
DOB: 7/9/1992
Facility: SCI FAYETTE
Electronically Signed By JEFFRIES, KRISTIN on 11/23/2021 09:41:15