DECLARATION / AFFIDAVIT of: _____

I, KAREEM MAZYCK #NW 3714, AM A PRISONER HOUSED @ SCI-FAYETTE, 50 OVERLOOK DRIVE LABELLE PA 15450 L-BLOCK, A-POD 1 CELL. (PA. DEPT. OF CORR.); THE FOREGOING IS SUBJECT TO TITLES 28 U.S.C. §1746 AND 18 PA.C.S. §4904.

1. Mr Bell and Me been Together on L-Block he was in 11 cell I was in 13 cell I use to see him Talking to hisself so I started talking to him and then I also notice that some of the officers make fun how he talk in broken english and call him retarded because of how he walks my whole time around him I tried to get him to go outside so we don't have to scream to talk to each other

2. every time Mr Bell Try to go to recreation the guard won't let him saying that he can't go out because theirs not handicap case's for retarded people and to stop trying to put down he not allowed out only normal people I also seen Mr Bell bang his head off the door

3. because how he is being treated I also talked Mr Bell out of hanging hisself two time because they not letting he go outside I havent seen him go outside the whole seven month's we been together at S.C.I FAYETTE

IM GIVING MR: BELL A COPY OF THIS STATEMENT OF MY OWN FREEWILL AND AM WILLING TO TESTIFY IN CIVIL OR CRIMINAL COURT TO SUCH.

DATE: 9-1-22                    /S/ Mazyck Kareem