EX: #68

| Form DC-141 Part 1 | COMMONWEALTH OF PENNSYLVANIA | D 466536 |
| Rev. 12/2017 | DEPARTMENT OF CORRECTIONS | |

☒ MISCONDUCT REPORT    ☐ OTHER    ☐ DC-ADM 801 INFORMAL RESOLUTION

| DC Number | Name | Institution | Incident Time 24 Hr. Base | Incident Date | Date of Report |
|---|---|---|---|---|---|
| LD5447 | Bell, Montana | SCI-FYT | 1100 hours | 9/28/2022 | 9/28/2022 |
| Quarters | Place of Incident | | | | |
| JD1008 | J-Block | | | | |

**OTHER INMATES OR STAFF INVOLVED OR WITNESSES (CHECK I OR W)**

| DC Number | Name | I | W | DC Number | Name | I | W |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**MISCONDUCT CHARGE OR OTHER ACTION**

Class I, #17. Threatening another person.

**STAFF MEMBER'S VERSION**

On the above-mentioned date and time, I reviewed an Inmate Request to Staff from Inmate Bell LD5447 to Deputy Walker, dated 9/28/2022. In the Request to Staff, Inmate Bell threaten to harm his cellmate if he was not removed from his cell. He stated "get this white dude out of my cell! Now! I am a Z-code. If I have to hurt him, I will". A copy of the Request to staff has been forwarded to the Shift Commander and Hearing Examiner.

**IMMEDIATE ACTION TAKEN AND REASON**

Refer to Hearing Examiner for Formal Resolution
#17 Threaters

| PRE-HEARING CONFINEMENT | | | |
|---|---|---|---|
| ☐ YES | IF YES TIME | DATE Already Confined | |
| ☐ NO | | | |

**FORMS GIVEN TO INMATE**
☐ REQUEST FOR WITNESSES AND REPRESENTATION    ☐ INMATE'S VERSION

| REPORTING STAFF MEMBER SIGNATURE AND TITLE | ACTION REVIEWED AND APPROVED BY RANKING C.O. ON DUTY SIGNATURE AND TITLE | DATE AND TIME INMATE GIVEN COPY |
|---|---|---|
| [signature] | [signature] Henry Coll | DATE 9/29/22    TIME 24 HOUR BASE |

| YOUR HEARING MAY BE SCHEDULED ANY TIME AFTER | MISCONDUCT CATEGORY | Signature of Person Serving Notice |
|---|---|---|
| DATE 10-3-22    TIME 0800 | ☒ CLASS 1    ☐ CLASS 2 | [signature] |

**Notice to Inmate**

You are scheduled for a hearing on the allegation on the date and time indicated or as soon thereafter as possible. You may remain silent if you wish. Anything you say shall be used against you both at the misconduct hearing and in a court of law, if this matter is referred for criminal prosecution. If you choose to remain silent, the hearing committee/examiner may use your silence as evidence against you. If you indicate that you wish to remain silent, you shall be asked no further questions. If you are found guilty of a Class 1 misconduct, any pre-release status you have shall be revoked.

WHITE – DC-15      YELLOW – Inmate      PINK – Reporting Staff Member

*DC-ADM 801, Inmate Discipline Procedures Manual*      *Attachment 1-B*
*Section 1 – Misconducts/Rule Violations*
Issued: 12/1/2017
Effective: 12/1/2017

EX. #66
JD7

| DC-141, Part 2(B) DISCIPLINARY HEARING REPORT | | COMMONWEALTH OF PENNSYLVANIA Department of Corrections | | | |
|---|---|---|---|---|---|
| DC Number | Name | Facility | Hearing Date | Hearing Time | No. from Part 1 |
| LD5467 | Bell | FRT | 9/9/22 | 1300 | D166536 |
| INMATE PLEA | ☐ Guilty ☒ Not Guilty | ☐ No Plea ☐ Other | VERDICT | ☐ Guilty ☒ Not Guilty | |

HEARING ACTION

CHARGES 17

### FINDINGS OF FACT, VERDICT, AND SANCTIONS IMPOSED

HEX reviewed DC153A. HEX verified that Inm in a Z code and Inm Bell has not had a cellmate. Based on evidence presented.

Dismiss

| | | | |
|---|---|---|---|
| ☒ YES ☐ NO | The inmate has heard the decision and has been told the reason for it and what will happen. | 1 C form 1 letter | |
| ☒ YES ☐ NO | The circumstances of the charge have been read and fully explained to the inmate. | | |
| ☒ YES ☐ NO | The opportunity to have the inmate's version reported as part of the record was given. | SEE APPENDICES ☐ | |
| ☒ YES ☐ NO | The inmate has been advised that within 15 days a request for a formal review may be submitted and that this request must contain specific reasons for the review. | | |

| NAME(S) OF HEARING EXAMINER/COMMITTEE (TYPED OR PRINTED) | Hearing Report and all appended information must be signed. Signature indicates finished report with appendices. |
|---|---|
| B. Rudzienski | BRupl SIGNATURE OF HEARING EXAMINER/COORDINATOR |

WHITE – DC-15    YELLOW – Inmate Cited    PINK – Staff Member Reporting Misconduct
GOLDENROD – Deputy Facility Manager

DC-ADM 801, Inmate Discipline Procedures Manual
Section 4 – Disposition of Charges and Misconduct Sanctions    Attachment 4-A
Issued: May 20, 2015
Effective: July 2, 2015