EX: #69

| Form DC-135A | Commonwealth of Pennsylvania SEP 29 2022 |
| --- | --- |
| INMATE'S REQUEST TO STAFF MEMBER PSYCH. DEPARTMENT | Department of Corrections INSTRUCTIONS Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

1. To: (Name and Title of Officer) SAAVEDRA, DUNCAN, SCHAPP, BRIGHT, SALAMON
2. Date: 9/28/22
3. By: (Print Inmate Name and Number) MONTANA BELL # LD5447
   Inmate Signature
4. Counselor's Name: ?
5. Unit Manager's Name: ?
6. W/ Assignment
7. Housing Assignment: JD-7

CCPM SEP 30 2022

8. Subject: State your request completely but briefly. Give details.

I NEED SOME HALDOL 2 MG! MEDICATION & I NEED IT NOW. TELL TINA WALKER TO STOP GIVING ME CELLYS TOO. SHE KEEP TRYING TO BRIBE ME & I'M NOT FOR SALE. MAKE HER STOP OR MY LAWYERS WILL. & GET ME A COMPOSITION BOOK W/A 100 SHEETS & MY A/C PHONE, VISIT & COMMISSARY PRIVILEGES.

Response - - - Section to Staff Response Only

M. Bell,
Please work with Ms. Schapp. She is a competent provider of mental health services.

To DC-14 CAR only ☐   To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME Lisa Duncan  Lisa Duncan, LPM   DATE 9/30/22
CC: DAVID W. CORNISH, ESQ   Print   Signature
    JOE HAUSCHILDT, ESQ
    MICHAEL VAN DER VEEN, ESQ   Cc: File
    BRET GROTE, ESQ
7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips   Attachment 3-A