EX: #70      OCT 05 2022

| Form DC-135A | Commonwealth of Pennsylvania SEP 29 2022 |
| --- | --- |
| INMATE'S REQUEST TO STAFF MEMBER | Department of Corrections |

PSYCH. DEPARTMENT

1. To: (Name and Title of Officer) SAAVEDRA, DUNCAN, SCHAPP, BRIGHT
2. Date: SALAMON 9/28/22 CCPM
3. By: (Print Inmate Name and Number) MONTANA BELL #LD5447
4. Counselor's Name: ?       SEP 30 2022
   Inmate Signature
5. Unit Manager's Name: ?
6. Work Assignment:
7. Housing Assignment: JD-7
8. Subject: State your request completely but briefly. Give details.

I NEED SOME HALDOL 2 MG MEDICATION & I NEED IT NOW. TELL TINA WALKER TO STOP GIVING ME CELLYS TOO. SHE KEEP TRYING TO BRIBE ME & I'M NOT FOR SALE. MAKE HER STOP OR MY LAWYERS WILL. & GET ME A COMPOSITION BOOK W/A 100 SHEETS & MY A/C PHONE, VISIT & COMMISSARY PRIVILEGES.

Response: This was discussed with Dr. Saavedra and he will have you added to his next available schedule to be seen. Please work with Block Psychology staff to aid in relief of symptoms. Notify staff of any emergency issues prior to being seen.

To DC-14 CAR only ☐      To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME W. Allamon Psych     Signature     DATE 10-4-22
Print
CC: DAVID W. CORNISH, ESQ
    JOE HAUSCHILDT, ESQ
    MICHAEL VAN DER VEEN, ESQ
    BRET GROTE, ESQ

7.2.1, Counseling Services Procedures Manual – Section 3, Request Slips      Attachment 3-A