Form DC-135A

Commonwealth of Pennsylvania
Department of Corrections

OCT 19 2022

# INMATE'S REQUEST TO STAFF MEMBER

MISCONDUCT APPEAL

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) SCI-FYT PRC

2. Date: 10/12/22

3. By: (Print Inmate Name and Number) T. MONTANA BELL #LD5447

   Inmate Signature

4. Counselor's Name: CPM

5. Unit Manager's Name: OCT 20 2022

6. Work Assignment:

7. Housing Assignment: JD-7

8. Subject: State your request completely but briefly. Give details.

   APPEAL OF THE MISCONDUCT #D466536

   MR. BELL DO HAVE A CELLY AND IS BEGGING THAT THIS WHITE DUDE IS REMOVED FROM HIS CELL AND THAT MR. BELL IS STAFFED FOR A Z-CODE BECAUSE HE FITS THE CRITERIA OUTLINED IN DC-ADM 11.2.1, SEC.5.C

   I'LL AWAIT YOUR TIMELY RESPONSE

   IN TRUTH & SPIRIT OF MAAT.

   CC: DAVID W. CORNISH, ESQ.
   JOSEPH M. HAUSCHILDT, ESQ.
   MICHAEL VAN DER VEEN, ESQ.

---

**Response / Section to Staff Responses**

This Misconduct was exonerated. You cannot appeal a misconduct that was exonerated.

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME __Brgin__ Print    __JB__ Signature    DATE 10/20/22

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips    Attachment 3-A