Form DC-135A

EX:#72

**Commonwealth of Pennsylvania**
**Department of Corrections**

OCT 20 2022

**INMATE'S REQUEST TO STAFF MEMBER**

J-BLOCK L.T.

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

| 1. To: (Name and Title of Officer) | 2. Date: |
| J-BLOCK L.T. DISALVO | 10/20/2022 |

| 3. By: (Print Inmate Name and Number) | 4. Counselor's Name: |
| T. MONTANA BELL #LB5417 | |

Inmate Signature

5. Unit Manager's Name:

6. Work Assignment:

7. Housing Assignment: JD-7

8. Subject: State your request completely but briefly. Give details.

I'VE BEEN INFORMED THAT MY 709 IS THE REASON WHY I'M NOT ALLOWED OUT MY CELL. BUT I'M NOT TOLD ABOUT THE SPECIFICS OF THE RESTRICTIONS. WHAT ALL AM I RESTRICTED FROM ??? YOU KNOW I'VE BEEN ON A 709 RESTRICTION SINCE DECEMBER 21, 2021. SO I'M WONDERING WHEN DOES IT END / EXPIRE OUT?

I'LL AWAIT YOUR TIMELY REPLY.

**Response:**

You are allowed out of your cell. Your RC-709 never said you're not allowed out. You need a commission officer present because of your history

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |

STAFF MEMBER NAME: (T) Scho    C. DiSL COTT    DATE 10-25-22
Print    Signature

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips    Attachment 3-A