Form DC-135A     EX: #73    S.C.I. FAYETTE   Commonwealth of Pennsylvania
Department of Corrections

**INMATE'S REQUEST TO STAFF MEMBER**

OCT 28 2022    INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

SUPERINTENDENT'S OFFICE

1. To: (Name and Title of Officer) FACILITY MANAGER
   F/M ERIC T. ARMEL
2. Date: 10/26/22
3. By: (Print Inmate Name and Number) T. MONTANA BELL #LD5447
   Inmate Signature
4. Counselor's Name:
5. Unit Manager's Name:
6. Work Assignment:
7. Housing Assignment: JD-7

8. Subject: State your request completely but briefly. Give details.

WHY AM I NOT ALLOWED ANY GRIEVANCE FORMS? I FILED 5 GRIEVANCES ABOUT MY SO-CALLED 709 RESTRICTIONS AND I HAVE YET TO RECEIVE ANY PINK ACTION COPIES BACK FROM SLOAN OR MRS. HOUSE; NOW I'M TOLD BY STAFF THAT I CAN'T HAVE ANY MORE GRIEVANCES BECAUSE I KEEP FILING LAWSUITS. STAFF IS CONTINUOUSLY CALLING ME SNITCHES AND OTHER CRUEL NAMES.

CAN I WRITE MY GRIEVANCES ON REQUEST SLIPS, SINCE I CAN'T HAVE ANY GRIEVANCE FORMS?

I'LL AWAIT YOUR TIMELY RESPONSE.

Response: (This Section for Staff Response Only)

To DC-14 CAR only ☐     To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____ Print _____ Signature _____ DATE _____

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips    Attachment 3-A