Form DC-135A
Commonwealth of Pennsylvania
Department of Corrections

# INMATE'S REQUEST TO STAFF MEMBER

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

~~GRIEVANCE COORDINATOR~~

1. To: (Name and Title of Officer) ~~B. HOUSE & L. SKONN~~

2. Date: 10/27/22

3. By: (Print Inmate Name and Number) T. MONTANA BELL #LD5447

4. Counselor's Name:

5. Unit Manager's Name:

   Inmate Signature

6. Work Assignment

7. Housing Assignment: JD-7

8. Subject: State your request completely but briefly. Give details.

WHY AM I NOT ALLOWED TO HAVE ANY GRIEVANCE FORMS? I FILED 5 GRIEVANCES CONCERNING MY "709 RESTRICTIONS (OUTDOOR EXERCISE DEPRIVATION FOR OVER 10 MONTHS, ETC) BUT HAVE YET TO RECEIVE ANY PINK ACTION COPIES W/ THE NUMBERS BACK. THE STAFF TELLING ME I CAN'T HAVE ANY MORE FORMS, SO CAN I WRITE MY GRIEVANCES ON A REQUEST SLIP?

I'LL AWAIT YOUR TIMELY RESPONSE.

---

Response:

Your Pink Action return copies are sent the same day your grievances are processed. Please send an email to Captain Newman concerning your allegations of not being permitted grievance forms.

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____ Print _____ Signature _____ DATE _____

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips    Attachment 3-A