Form DC-135A

Commonwealth of Pennsylvania
Department of Corrections

**INMATE'S REQUEST TO STAFF MEMBER**

EX #15

NOV 3 2022

L-BLOCK UNIT MANAGER

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer) L-BLK STGMU U/M PALMER
2. Date: 11/3/22
3. By: (Print Inmate Name and Number) T. MONTANA BELL #LD5447
   Inmate Signature
4. Counselor's Name:
5. Unit Manager's Name:
6. Work Assignment:
7. Housing Assignment: JD-7

8. Subject: State your request completely but briefly. Give details.

ON PAGE 3 OF THE STGMU HANDBOOK STATES THAT PHASE 5 IS 60 DAYS. HOWEVER, Y'ALL HELD ME ON SUCH FOR 12 MONTHS INSTEAD. I'M NOW STGMU FAILURE AND CURRENTLY ON A/C STATUS, SO CAN I HAVE MY A/C PRIVILEGES IN ACCORDS WITH DC-ADM 802? (PHONE CALLS, COMMISSARY FOOD, KIOSK/TABLET/EMAIL ACCESS, ETC.) MS. TINA WALKER KEEP ADVISING ME TO ASK YOU.

I'LL AWAIT YOUR TIMELY RESPONSE.

Thank You

**Response:**

YOU WILL REMAIN IN PHASE 5 PENDING FAILURE. YOU HAVE REFUSED THE PROGRAM AND 30 DAY/PRC REVIEWS. THIS DOES NOT SUPPORT ADVANCEMENT

To DC-14 CAR only ☐    To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME: RIDDLE    Signature    DATE

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips    Attachment 3-A