EX: #76

T. MONTANA BELL #LD5447
@ SCI. FAYETTE

TABB BICKELL, EXDS
PA DOC
11/3/22

RE: NO MORE LOCK DOWN

DEAR TABB BICKELL,

I'VE BEEN REFUSING THE SO-CALLED STGMU
PROGRAM FOR 12 MONTHS NOW, WHILE ON PHASE 5,
TO PROTECT MY MENTAL HEALTH. ALTHOUGH IM
STILL ALIVE, I'VE MENTALLY & PHYSICALLY DETER-
IORATED SIGNIFICANTLY AND CURRENTLY HAVE VISION:
OF AN EARLY DEATH IF THIS OR ANY LONG TERM SOLIT-
ARY CONFINEMENT IS CONTINUED OR PROLONGED FURTHER.
(RRL, IMU, ETC). IM CURRENTLY A/C STATUS AND IS
IN NEED OF GENERAL POPULATION TO BUILD MY RELAT-
IONSHIPS UP WITH MY FAMILY IN AFRIKA AND IN
THE U.S.A. . I ALREADY ENDURED 5 YRS OF RRL &
SMU PLACEMENT FOR VIOLENT ACTS. I NEED AN
ADEQUATE MENTAL HEALTH TREATMENT, NOT FURTHER
LOCK DOWN. WRITE ME BACK ASAP. I'LL BE
HAVING MY FAMILY AND ATTORNEYS CALL YOU SOON.
IN TRUTH AND SPIRIT OF MAAT __ MONTANA