Form DC-135A
Commonwealth of Pennsylvania
Department of Corrections
OCT 19 2022
EX #11

# INMATE'S REQUEST TO STAFF MEMBER

**INSTRUCTIONS**
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

A/C APPEAL TO

1. To: (Name and Title of Officer) FACILITY MANAGER ERIC ARMEL
2. Date: 10/14/22
3. By: (Print Inmate Name and Number) T. MONTANA BELL #LD5447
   Inmate Signature
4. Counselor's Name:
5. Unit Manager's Name:
6. Work Assignment:
7. Housing Assignment: JD 7

8. Subject: State your request completely but briefly. Give details.

APPEAL STARTS NOW

DUE TO THE LONG TERM, PROLONGED, EXTREME AND UNNECESSARY, ONGOING SOLITARY CONFINEMENT MR. BELL IS MADE TO ENDURE WITHIN THE STGMU AND BEYOND, WHILE SUFFERING FROM SYMPTOMS OF SERIOUS MENTAL ILLNESS AND SUCH CONFINEMENT IS EXACERBATING HIS SYMPTOMS, CAUSING EXTREME DETERIORATION. ALTHOUGH HE'S A/C STATUS, HE'S BEING DENIED A/C PRIVILEGES (PHONE CALLS, COMMISSARY FOOD, KIOSK-EMAIL, TABLET RADIO, TELEVISION, NO WEEKLY VISITS, ETC.) CONTRARY TO POLICY DC-ADM 802. HE'S DENIED ADEQUATE PROGRAMMING & MENTAL HEALTH TREATMENT. HE'S LOCKED IN THE CELL ALL DAY LONG, NO OUTDOOR EXERCISE OR LAW LIBRARY. MR. BELL'S 8TH & 14TH AMENDMENT RIGHTS, ADA & REHABILITATION RIGHTS ARE VIOLATED. HE REQUEST HIS A/C PRIVILEGES, RELEASE TO POPULATION WITHIN 45 DAYS AND MONEY DAMAGES SIGNIFICANTLY OUTSIDE OF ARBITRATION LIMITS.

Response: Sequential Staff Response Only

CC: DAVID W. CORNISH, ESQ
JOSEPH M. HAUSCHILDT, ESQ
MICHAEL VAN DER VEEN, ESQ
BRET GROTE, ESQ

To DC-14 CAR only ☐
To DC-14 CAR and DC-15 IRS ☐

STAFF MEMBER NAME _____ Print _____ Signature _____ DATE _____

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips     Attachment 3-A

**pennsylvania**
DEPARTMENT OF CORRECTIONS

EX: #77

OCT 21 2022

TO: Montana Bell, LD5447
J-D-5447

FROM: Eric T. Armel
Superintendent

DATE: 10/20/22

SUBJECT: AC Appeal

    I have reviewed your AC appeal and all information surrounding your current housing status. I find based upon my review that you are appropriately housed at this time. You are encouraged to participate in the program. Specific questions regarding your placement and associated privileges can be directed to your Unit Team or PRC. This appeal is therefore denied.

cc: Deputies/PRC
Captain Newman
Counselor – Mr. Cook
Unit Manager – Mr. Riddle
File

SCI Fayette | 50 Overlook Drive, LaBelle, PA 15450 | 724-364-2200 | www.cor.pa.gov

DC-ADM 802 / A/C APPEAL TO: FINAL REVIEW 1.
(APPEALING FACILITY MANAGER'S DECISION)
10/24/22

T. Montana Bell #LD5447
SIGMU ARBITRARY PLACEMENT
J-D 7 CELL

<u>APPEAL STARTS NOW</u>

MR. BELL INCORPORATE BY REFERENCE HIS 10/14/22
'APPEAL TO FACILITY MANAGER: ERIC ARMEL' AS FULLY SET
FORTH AT LENGTH, HEREIN.

IN TRUTH & SPIRIT OF MAAT

/s/ _____
T. Montana Bell