EX # 73    S.C.I. FAYETTE

Form DC-135A

Commonwealth of Pennsylvania
Department of Corrections

**INMATE'S REQUEST TO STAFF MEMBER** SEP 29 2022

INSTRUCTIONS  SEP 28 2022
Complete items number 1-8. If you follow instructions in
SUPERINTENDENT'S OFFICE preparing your request, it can be responded to more
promptly and intelligently.

| 1. To: (Name and Title of Officer) FACILITY MANAGER : ERIC ARMEL | 2. Date: 9/27/22 |
|---|---|
| 3. By: (Print Inmate Name and Number) MONTANA BELL #LD5447 [signature] Inmate Signature | 4. Counselor's Name: ? COOK |
| | 5. Unit Manager's Name: ? RIDDLE |
| 6. Work Assignment | 7. Housing Assignment: J-D 7 |

8. Subject: State your request completely but briefly. Give details.

IF IM IN THE "STGMU" AND IT'S LOCATED ON "L-BLOCK" CAN YOU PLEASE INFORM ME WHY AM I BEING HOUSED ON "J-BLOCK"???

I'LL AWAIT YOUR TIMELY RESPONSE.

Response: (This Section for Staff Response Only)

Please discuss w/ your unit team. [initials] 9/29/22

Copy - L-Um
PRO

☐ To DC-14 CAR only    ☐ To DC-14 CAR and DC-15 IRS

STAFF MEMBER NAME _____ Signature _____ DATE _____
                     Print

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips    Attachment 3-A