EX. #14

| Form DC-135A | Commonwealth of Pennsylvania Department of Corrections |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** DEPUTY SUPER: T. WALKER | **INSTRUCTIONS** SEP 28 2022 Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
| 1. To: (Name and Title of Officer) DEPUTY SUPER - TINA WALKER | 2. Date: 9/27/22 |
| 3. By: (Print Inmate Name and Number) T. MONTANA BELL # LD 5447 [signature] Inmate Signature | 4. Counselor's Name: ? |
|  | 5. Unit Manager's Name: ? |
| 6. Work Assignment | 7. Housing Assignment: J-D7 |

8. Subject: State your request completely but briefly. Give details.

IF IM IN THE "STGMU" AND IT'S LOCATED ON "L-BLOCK", CAN YOU PLEASE INFORM ME WHY AM I BEING HOUSED ON "J-BLOCK"???

I'LL AWAIT YOUR TIMELY RESPONSE.

---

**Response: This Section for Staff Response Only**

You are appropriately housed

Copy: Capt Deuser
      Cm Riddle

☐ To DC-14 CAR only      ☒ To DC-14 CAR and DC-15 IRS

STAFF MEMBER NAME [signature] Walker    Signature [signature]    DATE 9/29/22

7.2.1, Counseling Services Procedures Manual - Section 3, Request Slips.    Attachment 3-A