EX: #90



# Initial Review Response
SCI Fayette
50 Overlook Dr
La Belle, PA, 15450-1050

05/13/2022 09:40

| Inmate Name: | JOHNSON, RONNIE EUGENE | DOC #: | DZ3092 |
|---|---|---|---|
| Facility: | Fayette | Unit Location: | L/A 002 |
| Grievance #: | 976498 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision: Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

On 4/18/22, I received a grievance submitted by you that states as follows: You stated, "This is a formal good faith complaint regarding my conditions of confinement. On March 31, 2022 Secretary George M. Little and Eastern Region Deputy Secretary Tammy Ferguson allowed my transportation to SCI Fayette Security Threat Group Management Unit (STGMU). Upon my arrival I was marched in circles around the compound by Lieutenant Disalvo as a means to disorient me or intimidate me as I was the newest property to be ship to this shadow program on L-block A pod (PHASE 5) 2 disciplinary section of this alleged program. I spoke to DSFM Trempus about my punitive confinement/false imprisonment on April 7, 2022 and that I cannot participate in whatever is going on here. I was served no notice as to why I was being detained under 2 disciplinary status without a misconduct so I brought it to the attention of Superintendent Eric Armel who stated I'm housed (confined) in the right place at this time. I am depressed because I'm being held in punitive confinement for no legitimate reason and being treated differently from any other prisoner within the PA. DOC on administrative custody in 2 specialized housing unit which is in violation of Title 37 PA. Admin. Code 93.11 (b), Article 1, 8 PA. Const., 14th Amend. U.S. Const, Article 1 13 PA. Const., 8th Amend. U.S. Const. All within mentioned officials are liable for operating a fraudulent program where no treatment exist only punishment hence I sincerely believe and therefore ever that within mentioned officials are operating in violation of Title 18 Pa. Crime code regarding Corrupt organization and have used deceit or fraudulent misrepresentation to obtain state and federal funding to operate 2 STGMU but this is no more than 2 RHU with substandard conditions. I have not been able to get 5 to 6 hours of sleep since I've been here. I am hearing things, crying uncontrollably, having racing thoughts, and lack of concentration. I need therapy, I want help not punishment, 5.9 million to my family upon my death (wrongful death) my food commissary purchased in the L-5 for A.C. status, $20,000.00 a day if I survive this false imprisonment and an immediate transfer to prevent retaliation from subordinates of these named officials. I wrote U/M Riddle, DSFM Trempus to no avail. I spoke to PSS Jefferies to no avail."

I began an investigation of the claims made by you in the body of your grievance. I looked at DOC policy 6.5.1. and spoke to STGMU Lieutenant DiSalvo.
STGMU Lieutenant DiSalvo explained to me what he did when he processed you into SCI Fayette. LT DiSalvo followed policy and the escort was recorded on a hand-held camera. Every time a new STGMU inmate transfers into SCI Fayette, they are recorded on a hand-held camera until they are processed into the RHU. LT DiSalvo activated the hand-held camera and escorted you from R&D to the body scanner which is located in Strip and Search. Once the body scanner officer cleared you with negative findings, you were escorted to J Unit (RHU) to be processed into the RHU. The hand held-camera is turned off once you are secured in J Unit secure intake area. All RHU intakes happen on J Unit and are recorded. Once you answered the DC-510 and processed into the RHU, you were escorted

---