# STGMU PRISONER'S FAMILY & FRIENDS SURVEY

NAME OF STGMU PRISONER: **Angel Maldonado**  & NUMBER **HS-6238**

1. WHAT IS YOUR NAME AND RELATIONSHIP TO THE STGMU PRISONER?
   (NAME:) **Maribel Martinez** (RELATIONSHIP:) **Cousin**

2. HOW OLD ARE YOU? AND ON A SCALE OF 1 THROUGH 10, HOW CLOSE ARE YOU TO THE STGMU PRISONER?
   (AGE:) **62**  (SCALE:) 1 · 2 · 3 · 4 · 5 · 6 · **(7)** · 8 · 9 · 10 (CIRCLE A NUMBER)

3. WHAT IS YOUR SPIRITUAL/RELIGIOUS PREFERENCE?
   (SPIRITUAL/RELIGIOUS BELIEF:) **Catholic**

4. IS THE STGMU PRISONER AFFILIATED WITH ANY SECURITY THREAT GROUP?
   ☐ YES (IF SO, EXPLAIN)   ☒ NO

   _____
   _____
   _____

5. HOW OFTEN DO YOU COMMUNICATE WITH THE STGMU PRISONER SINCE HIS PLACEMENT IN THE STGMU?
   (CIRCLE ONE)
   A. EVERY DAY
   B. ONCE A WEEK
   C. ONCE A MONTH
   **(D. BARELY/NEVER)**

1.

6. IF YOU DO COMMUNICATE, IS IT BY:

    (CIRCLE ONE)    **A. MAIL/LETTERS** (circled)

    **B.** EMAILS.

    **C.** PHONE CALLS.

    **D.** VISITS.

7. DO YOU RELY ON SUCH COMMUNICATION TO FUNCTION EFFECTIVELY IN YOUR EVERY DAY LIFE?
    ☒ YES (IF SO, EXPLAIN)    ☐ NO

    Yes, it is the only way I can communicate with him since I am disabled and unable to visit him.

8. PLEASE EXPLAIN HOW THE STGMU PRISONER'S, CONTINUED/PRO-LONGED, PLACEMENT IN THE STGMU AND/OR SOLITARY CONFINEMENT HAS IMPACTED AND EFFECTED YOUR EVERY DAY LIFE:

    I notice in his letter and calls that he has not been well, mentally. His seclusion is felt in the way we communicate. I have bouts of sadness when I speak to him and I pray for him. Makes me cry to hear his sadness.

9. ARE YOU AWARE OF ANY REASONS GIVEN FOR THE STGMU PRISONER'S, CONTINUED/PRO-LONGED, PLACEMENT IN THE STGMU AND/OR SOLITARY CONFINEMENT?
    ☐ YES (IF SO, EXPLAIN)    ☒ NO

10. ARE YOU AWARE THAT THE LONG-TERM EFFECTS OF SOLITARY CONFINEMENT CAN DRIVE A HUMAN BEING MENTALLY INSANE AND ULTIMATELY COMMIT SUICIDE?
    ☒ YES    ☐ NO

2.

11. HAVE YOU DETECTED ANY DETERIORATION SINCE THE PLACEMENT OF THE STGMU PRISONER IN THE STGMU?
☒ YES (IF SO, EXPLAIN)   ☐ NO
Yes, he is not hiself, he says says things that worry me he seems sad all the time. He is down on hiself, no self esteem.

12. ARE YOU FAMILIAR WITH ANY MENTAL OR PHYSICAL DISABILITIES THE STGMU PRISONER MAY SUFFER FROM?
☒ YES (IF SO, EXPLAIN)   ☐ NO
AUDITORY HALLUCINATIONS, DEPRESSION, ANXIETY, INSOMNIA

13. ARE YOU FAMILIAR WITH ANY SUICIDE ATTEMPTS, DISPLAYED, BY THE STGMU PRISONER?
☐ YES (IF SO, EXPLAIN). (HOW MANY?)   ☐ NO
No, but that also worries me

14. ARE YOU FAMILIAR WITH ANY MISTREATMENT THE STGMU PRISONER MAY HAVE BEEN SUBJECTED TO SINCE HIS STGMU PLACEMENT?
☒ YES (IF SO, EXPLAIN)   ☐ NO
Loss of PRIVILEGES (PHONE, VISITS, TV, TABLET, COMMISSARY) w/out ANY MISCONDUCTS, LACK OF MENTAL HEALTH TREATMENT.

15. ARE YOU WILLING TO TESTIFY AND ATTEST TO THE ABOVE STATEMENTS IN ANY CIVIL OR CRIMINAL PROCEEDING(S)?
☒ YES   ☐ NO
(ANY FALSE STATEMENTS ARE SUBJECT TO THE PENALTIES OF PERJURY; TITLES: 18 PA.CS.§4904 AND 28 U.S.C.§1746.)

DATE: 8/27/22

SIGN NAME: Maribel Martinez
PRINT NAME: Maribel Martinez
CITY & STATE: Philadelphia, Pa.

3.