# STGMU PRISONER'S FAMILY & FRIENDS SURVEY

NAME OF STGMU PRISONER: __J. Montana Bell__ & NUMBER __LD5447__

**1.** WHAT IS YOUR NAME AND RELATIONSHIP TO THE STGMU PRISONER?
(NAME:) __Tez Kungara Mungu__ (RELATIONSHIP:) __Grandfather__

**2.** HOW OLD ARE YOU? AND ON A SCALE OF 1 THROUGH 10, HOW CLOSE ARE YOU TO THE STGMU PRISONER?
(AGE:) __96__ (SCALE:) 1 · 2 · 3 · 4 · 5 · 6 · 7 · 8 · 9 · **(10)** (CIRCLE A NUMBER)

**3.** WHAT IS YOUR SPIRITUAL/RELIGIOUS PREFERENCE?
(SPIRITUAL/RELIGIOUS BELIEF:) __Maat (MAAT)__

**4.** IS THE STGMU PRISONER AFFILIATED WITH ANY SECURITY THREAT GROUP?
☐ YES (IF SO, EXPLAIN) ☒ NO
__My Chile is "MAAT'S PRIEST". (NO THREAT TO System).__
_____
_____

**5.** HOW OFTEN DO YOU COMMUNICATE WITH THE STGMU PRISONER SINCE HIS PLACEMENT IN THE STGMU?
(CIRCLE ONE)
**A.** EVERY DAY
**B.** ONCE A WEEK
**C.** ONCE A MONTH
**(D.** BARELY/NEVER.**)**

1.

6. IF YOU DO COMMUNICATE, IS IT BY:

(CIRCLE ONE)   **A. MAIL/LETTERS.** (circled)

   B. EMAILS.

   C. PHONE CALLS.

   D. VISITS.

7. DO YOU RELY ON SUCH COMMUNICATION TO FUNCTION EFFECTIVELY IN YOUR EVERY DAY LIFE?
   ☒ YES (IF SO, EXPLAIN)   ☐ NO
   He is "MAAT'S PRIEST" and the vessel of our Ancestors, we depend on his Truth and Divine counsel to excel.

8. PLEASE EXPLAIN HOW THE STGMU PRISONER'S, CONTINUED/PRO-LONGED, PLACEMENT IN THE STGMU AND/OR SOLITARY CONFINEMENT HAS IMPACTED AND EFFECTED YOUR EVERY DAY LIFE:
   It has caused disorder within our Nation and Temples. Without his Divine counsel or union of the Soul and Mind, our Life has no Balance/Harmony. He speak for "MAAT." We need his contact/touch unlocked

9. ARE YOU AWARE OF ANY REASONS GIVEN FOR THE STGMU PRISONER'S, CONTINUED/PRO-LONGED, PLACEMENT IN THE STGMU AND/OR SOLITARY CONFINEMENT?
   ☐ YES (IF SO, EXPLAIN)   ☒ NO
   (He's well known and love to help people alot. Teach them "MAAT")

10. ARE YOU AWARE THAT THE LONG-TERM EFFECTS OF SOLITARY CONFINEMENT CAN DRIVE A HUMAN BEING MENTALLY INSANE AND ULTIMATELY COMMIT SUICIDE?
    ☒ YES   ☐ NO

2.

**11.** HAVE YOU DETECTED ANY DETERIORATION SINCE THE PLACEMENT OF THE STGMU PRISONER IN THE STGMU?
☒ YES (IF SO, EXPLAIN)   ☐ NO
His Mama says he been attempting to summon death upon himself again and administering spells.

**12.** ARE YOU FAMILIAR WITH ANY MENTAL OR PHYSICAL DISABILITIES THE STGMU PRISONER MAY SUFFER FROM?
☒ YES (IF SO, EXPLAIN)   ☐ NO
only hallucinations, nerve damage in his back and legs, and hard of hearing.

**13.** ARE YOU FAMILIAR WITH ANY SUICIDE ATTEMPTS, DISPLAYED, BY THE STGMU PRISONER?
☒ YES (IF SO, EXPLAIN). (HOW MANY?)   ☐ NO
3 times. Pill overdose, suffocation and hanging.

**14.** ARE YOU FAMILIAR WITH ANY MISTREATMENT THE STGMU PRISONER MAY HAVE BEEN SUBJECTED TO SINCE HIS STGMU PLACEMENT?
☒ YES (IF SO, EXPLAIN)   ☐ NO
Beat by staff and property damage.

**15.** ARE YOU WILLING TO TESTIFY AND ATTEST TO THE ABOVE STATEMENTS IN ANY CIVIL OR CRIMINAL PROCEEDINGS?
☒ YES   ☐ NO
(ANY FALSE STATEMENTS ARE SUBJECT TO THE PENALTIES OF PERJURY; TITLES: 18 PA.CS.§4904 AND 28 U.S.C.§1746.)

DATE: 7-9-2022     SIGN NAME: _____
PRINT NAME: Tez Kungara Mungu
CITY & STATE: Beni-Kongo, DRC (AFRIKA)