EX: #84

DC-804
Part 1

**COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS**

FOR OFFICIAL USE
994474
GRIEVANCE NUMBER

**OFFICIAL INMATE GRIEVANCE**

| TO: FACILITY GRIEVANCE COORDINATOR<br>Rhonda House | FACILITY: Fayette | DATE: 9-27-22 |
|---|---|---|
| FROM: (INMATE NAME & NUMBER)<br>Angel Maldonado #HS-6238 | SIGNATURE OF INMATE:<br>Angel Maldonado | |
| WORK ASSIGNMENT: | HOUSING ASSIGNMENT: J-D-#12 | |

**INSTRUCTIONS:**
1. Refer to the DC-ADM 804 for procedures on the inmate grievance system.
2. State your grievance in Block A in a brief and understandable manner.
3. List in Block B any action you may have taken to resolve this matter. Be sure to include the identity of staff members you have contacted.

A. Provide a brief, clear statement of your grievance. Additional paper may be used, maximum two pages (one DC-804 form and one one-sided 8½" x 11" page). State all relief that you are seeking.

ON SEPTEMBER 23, 2022 DURING SHOWER TIME THE BOTTOM TIER FLOODED WITH SEWAGE WATER. I AM IN A HARD CELL WITH A SHOWER IN THE CELL. THERE'S A DRAIN ON THE FLOOR OF THE CELL. THE CELL FLOODED AND FECES WERE COMING OUT OF THE DRAIN AND FLOATING IN THE CELL. I WAS MOVED HOURS LATER UPSTAIRS IN J-D-#21. THE NEXT MORNING I WAS PUT BACK IN THE HARD CELL (J-D-#12). THE SEWAGE WATER HAD BEEN MOPPED UP BUT THERE WAS STILL FECES AROUND THE DRAIN AND CORNERS OF THE SHOWER. I CLEANED THE CELL WITH MY IRISH SPRING SOAP BECAUSE THERE WAS NO DISINFECT DURING CELL CLEANING. THE SMELL IS SO BAD I'VE BEEN COVERING MY MOUTH AND NOSE WITH A TSHIRT EVEN WHILE I SLEEP. I'M FORCED TO BE IN HERE 24/7 AND GET AROUND THE TOXIC FUMES AND SMELL WHICH IS UNSANITARY, UNSANITARY HAZARDOUS ETG. Mclard v. Maggio 927 F.2d 844/847 (5th Cir. 1991)(CELL FLOODED WITH SEWAGE AND FOUL WATER WAS A "CLEAR VIOLATION OF THE EIGHTH AMENDMENT.

RELIEF (1) MOVE OUT OF TOXIC FUMES SMELLING HARD CELL INTO A REGULAR CELL; (2) STOP RETALIATION FOR FILING GRIEVANCES AND LAWSUITS; (3) TRANSFER OUT OF SCI-FAYETTE; (4) $1,000 FOR EACH DAY IN HARD CELL.

B. List actions taken and staff you have contacted, before submitting this grievance.

SPOKE TO BLOCK STAFF & LT.

Your grievance has been received and will be processed in accordance with DC-ADM 804.

Signature of Facility Grievance Coordinator         Date 9-27-22

WHITE Facility Grievance Coordinator Copy     CANARY File Copy     PINK Action Return Copy
GOLDEN ROD Inmate Copy

S.C.I. FAYETTE

SEP 27 2022

SUPERINTENDENT ASSIS

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 1 – Grievances & Initial Review*
Issued: 1/26/2016
Effective: 2/16/2016



## Initial Review Response

SCI Fayette
50 Overlook Drive
La Belle, PA, 15450-1050

OCT 4 2022

09/30/2022 03:45

| | | | |
|---|---|---|---|
| **Inmate Name:** | MALDONDO, ANGEL | **DOC #:** | HS6238 |
| **Facility:** | Fayette | **Unit Location:** | J/D-1012 |
| **Grievance #:** | 999474 | | |

This serves to acknowledge receipt of your grievance to the assigned Grievance Officer. The response is as follows:

**Decision: Grievance Denied**

It is the decision of this Grievance Officer to uphold, deny, or uphold in part/deny in part the inmate's initial grievance. This response will include a brief rationale, a summary of the conclusion, any action taken to resolve the issue(s) raised in the grievance, and the relief sought.

**Response:**

You allege that on September 23, 2022 during shower time, the bottom tier was flooded with sewage water. You further allege that you are in a hard cell and that feces were coming out your drain and floating in the cell. You then say you were moved upstairs later that evening. You were then moved back into JD1012 the next morning. Finally, you claim you are forced to eat around the toxic fumes in your cell. You request to be moved out of the cell, transfer from Fayette, and $1000.00 for each day in that cell.

I interviewed Officer Laskey, Officer Skrobacz, and Sgt. Lockett in regards to your claim. All staff were consistent in their statements that the cells were thoroughly cleaned and sanitized. Video footage also verified that the J-Block-worker cleaned the self-contained cells (JD1012, JD1011, JD1010, etc...) multiple times after the flooding of the pod. You were left upstairs overnight. The cells again were cleaned and sanitized the next morning. You were then moved back into JD1012 where you are to be housed. Furthermore, I have made rounds on your pod since the time in question and never once have you brought this to my attention that you had an issue with your cell. You are properly housed in JD1012. JD1012 was thoroughly cleaned and sanitized after the flooding of the pod. I find this grievance and requested relief denied.

**Signature:**

| | |
|---|---|
| **Name:** | R. Newman  *[signature]* |
| **Title:** | CO IV |
| **Approver:** | R. House |
| **Date:** | 9-30-22 |

CC: Facility Grievance Coordinator
DC-15

---

DC-ADM 804, Inmate Grievance System Procedures Manual

Section 1 - Grievances & Initial Review, Attachment 1-D

HS6238   Grievance #:999474

MALDONDO, ANGEL

S.C.I. FAYETTE
Issued: 1/26/2016 Effective: 2/16/2016

OCT 03 2022

Page 1 of 1

SUPERINTENDENT ASSISTANT II

# SCI INMATE APPEAL TO FACILITY MANAGER GRIEVANCE

| Inmate Number | NAME | HOUSING UNIT | DATE | GRIEVANCE# |
|---|---|---|---|---|
| HS-6238 | Angel Maldonado | J/b 1012 | 10-5-22 | 999474 |

I received my initial response from the Grievance Office/Coordinator on OCTOBER 4, 2022 and have the following appeal issues.

Refer to DC-ADM 804, Grievance Appeal Procedures, for complete instructions.

Please provide a BRIEF (no longer than two pages) appeal statement.

I NEVER DENIED THE CELLS BEING CLEANED. IN FACT, I MENTION IT ON THE GRIEVANCE, BUT (1) IT WAS NOT THOROUGHLY CLEANED; (2) WHEN I SIGNED UP FOR CELL CLEANING THERE WAS NO DISINFECT TO PROPERLY SANITIZE THE CELL; (3) THE MAIN ISSUE IS THE SMELL OF FECES IN THE CELL - THIS CELL HAS A DRAIN IN IT WHERE THE FECES CAME UP FROM AND WHERE THE SMELL MAINLY COMES FROM. I HAVE TO EAT, SLEEP, SHOWER & BE IN THIS CELL 24/7 SINCE I'M BEING DENIED MY RECREATION (YARD) AND REQUEST A MOVE TO A REGULAR CELL. I'M NOT SUICIDAL OR BEING PROBLEMATIC - I'M AN ADMINISTRATIVE CUSTODY ("AC") PETITIONER WHO BEEN MISCONDUCT FREE TWO (2) YEARS AND BEING PURPOSELY TORTURED BECAUSE I REFUSED TO DO THE STGMU TO PROTECT MY MENTAL HEALTH. I'VE BEEN UNDER CAMERA OBSERVATION FOR A MONTH NOW.
MY RELIEF REMAINS THE SAME AS MY OFFICIAL INMATE GRIEVANCE.

cc: File

INMATE SIGNATURE: Angel Maldonado

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 2 – Appeals
Issued: 1/26/2016
Effective: 2/16/2016

Attachment 2-A



# Facility Manager's Appeal Response
SCI Fayette
50 Overlook Drive
La Belle, PA, 15450-1050

10/07/2022 08:45

| | | | |
|---|---|---|---|
| Inmate Name: | MALDONDO, ANGEL | DOC #: | HS6238 |
| Facility: | Fayette | Unit Location: | J/D |
| Grievance #: | 999474 | | |

This serves to acknowledge receipt of your grievance appeal to the Facility Manager for the grievance noted above. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to me and any other documents submitted.

## Decision: Uphold Response

It is the decision of this Facility Manager to uphold the initial response, uphold the inmate, dismiss, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

## Response:

After careful evaluation of this grievance it has been determined the actions and response by the investigating grievance officer will be upheld. It is being upheld based on the fact J Block staff handled the situation appropriately. During his investigation, Captain Newman determined you were removed from your cell so it could be appropriately cleaned and sanitized. According to Captain Newman your cell was cleaned and sanitized multiple times prior to you being placed back in it. RHU staff members were contacted and it was determined inmates are provide with the appropriate cleaning supplies. Captain Newman further stated in his response, you never presented this issue to him when he made his rounds. It has been determined the statements made by staff are credible.

Based on the above information, your appeal and requested relief are denied.

| | |
|---|---|
| Signature: | *[signature]* |
| Name: | E. Armel |
| Title: | Facility Manager |
| Date: | 10-11-22 |

CC: DC-15
File

EX: #84

## Inmate Appeal to Final Review
## GRIEVANCE

| INMATE NUMBER | NAME | FACILITY | DATE | GRIEVANCE# |
|---|---|---|---|---|
| HS-6238 | Angel Maldonado | Fayette | 10-18-22 | 999474 |

I received my appeal from the Superintendent on 10-17-22 and have the following appeal issues.

Refer to DC-ADM 804, Grievance/Appeal Procedures for complete instructions. Appeals must relate to the issue presented in the initial grievance and 1st level appeal.

Please provide a BRIEF (no longer than two pages) appeal statement.

Petitioner is still housed in same cell that reeks of feces. Petitioner is beginning to feel sick and filed a sick call yesterday. Petitioner is concerned for his health. I also had never seen Captain Newman make a round, not saying he hasn't but I could of not seen him walk by the cell or been sleeping. I'm requesting to be moved from this self-contained camera observation cell especially since the head psych Saavedra approved for me to be moved to a regular cell and lifted all my restrictions. I feel security is purposely attempting to mentally and physically torture me by keeping me in this supermax cell made of all concrete, a door in the back of cell I'm not allowed to have open to go to yard in the back of cell, broke shower, loud & cold vent, etc.

* My relief remains the same as official inmate grievance

CC: File

INMATE SIGNATURE: Angel Maldonado

DC-ADM 804, Inmate Grievance System Procedures Manual
Section 2 – Appeals                                                          Attachment 2-E