

**FROM:**
T. MONTANA BELL #D5447
@ SCI-FAYETTE
50 OVERLOOK DRIVE
LABELLE, PA 15450

1 OF 2

**TO:**
BRANDY LONGHENA, CLERK OF COURT
WESTERN DISTRICT COURT OF PA
700 GRANT STREET, RM. 3110
PITTSBURGH, PENNSYLVANIA 15219