IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHNSON, et al., | : | No. 22-CV-1516 |
| Plaintiffs | : | |
| | : | Magistrate Judge Eddy |
| v. | : | |
| | : | |
| LITTLE, et al. | : | |
| Defendants | : | |

### ORDER

AND NOW, this ___5th___ day of ___May___, 2023, upon consideration of the Defendants' Motion for Extension of Time to Respond to Amended Complaint, it is hereby ORDERED that the Motion is GRANTED. Defendants shall file a response to the Amended Complaint on or before June 2, 2023. The Court notes that as a Waiver of Service has not been returned by PA Department of Corrections, (ECF No. 43), this extension applies only to Defendants Eric Armel, John E. Wetzel, and George M. Little.

s/Cynthia Reed Eddy
**CYNTHIA R. EDDY**
**United States Magistrate Judge**