# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHNSON, et al., | : | No. 22-CV-1516 |
| Plaintiffs | : | |
| | : | Magistrate Judge Eddy |
| v. | : | |
| | : | |
| LITTLE, et al. | : | |
| Defendants | : | |

## ORDER

AND NOW, this **8th** day of **May**, 2023, upon consideration of the DOC's Motion for Extension of Time to Respond to Amended Complaint, it is hereby ORDERED that the Motion is GRANTED. The DOC shall file a response to the Amended Complaint on or before June 2, 2023.

s/ Cynthia Reed Eddy
**CYNTHIA R. EDDY**
**United States District Magistrate Judge**