IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T. MONTANA BELL; RONNIE E. JOHNSON; ANGEL MALDONADO; KAREEM MAZYCK, on their own behalf and on behalf of all others similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE M. LITTLE, Et al.<br><br>Defendants. | Case No. 2:22-cv-01516-CRE<br><br>ELECTRONICALLY FILED<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Counsel, Bret Grote, Esquire, hereby enters his appearance on behalf of Plaintiffs in the above-captioned case.

> */s/ Bret Grote*
> PA I.D. No. 317273
> Abolitionist Law Center
> P.O. Box 8654
> Pittsburgh, PA 15221
> Telephone:  (412) 654-9070
> bretgrote@abolitionistlawcenter.org