United States District Court
Western District

T. Montana Bell;
Ronnie E. Johnson; Angel Maldonado;
Kareem Maryck; Xavier Pagan, on their
own behalf, and on behalf of all others
similarly situated; Plaintiffs

v.

Pennsylvania Department of Corrections;
Laurel Harry, Secretary of Corrections; et al.

**FILED**
MAR 15 2024
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

Class Action

Case No. 2:22-CV-01516-CRE

## Motion for Joinder

The petitioner, Stephen Parker #GU-1465, who currently resides at SCI Dallas located at 1000 Follies Rd, Dallas PA. 18612, asks this Honorable Court to grant this Motion for Joinder in the above captioned matter.

The petitioner herein claims that the questions of law raised in the above captioned Civil Action are similar in occurrence, as it relates to Due Process, Equal Protection, and other constitutional violations, relating to the Restricted Housing Unit; Security Threat Group Management Unit (STGMU)

The petitioner further avers that this Motion for Joinder should be granted, as it would remove the burden of separate litigation on the issues raised.

Respectfully,

Stephen Parker
Stephen Parker #GU-1465
1000 Follies Rd
Dallas, PA. 18612

Dated: 3/15/24

## Proof of Service

I do swear and affirm under the penalty of falsified unsworn statements, that a true and correct copy of my Motion for Joinder in the above captioned case; 2:22-CV-01516-CRE, was sent to the following individuals via the US Postal Service, on 3/15/24.

Clerk of Court
US District Court
700 Grant St., Rm 3110
Pittsburg, PA 15219

Alexandra Morgan Kutz
PA Institutional Law Project
247 Fort Pitt Blvd., 4th Fl.
Pittsburg, PA 15222

Bret Grote; Nia Holston;
Rupalee Rashatwar
PO Box 16537
Philadelphia, PA 19122

Will W. Sachse
Noah Becker; Stormie Mauck
Dechert LLP
Cira Centre
2929 Arch St
Philadelphia, PA 19104

Matthew A. Feldman
PA Institutional Law Project
718 Arch St, Suite 304S
Philadelphia, PA 19106

Respectfully,
Stephen Parker
Stephen Parker #GU-1465
1000 Follies Rd
Dallas, PA 18612

Dated: 3/15/24