IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| XAVIAR PAGAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; RONNIE E. JOHNSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; KAREEM MAZYCK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; ANGEL MALDONADO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; AND T. MONTANA BELL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>           Plaintiffs,<br><br>    vs.<br><br>SUPERINTENDENT ERIC ARMEL, FORMER SUPERINTENDENT, SCI FAYETTE; et al.<br><br>           Defendants. | Civil Action No. 2:22-cv-01516-CBB<br><br>United States Magistrate Judge Christopher B. Brown |

**SECOND AMENDED CASE MANAGEMENT ORDER**

      IT IS HEREBY ORDERED that this action is placed under Local Rule 16.1 for pretrial proceedings and all provisions of the Rule will be strictly enforced. Pursuant to Local Rule 16.1, the parties are directed as follows:

1. The parties shall complete class certification discovery by **February 26, 2025**. All interrogatories, depositions and requests for admissions and/or production of documents shall be served within sufficient time to allow responses to be completed prior to the close of class certification discovery.

1

2. Plaintiff's Expert Reports related to class certification are due on or before **April 1, 2025**.

    Defendant's Expert Reports related to class certification are due on or before **May 1, 2025**.

    Depositions of all experts related to class certification shall be on or before **June 2, 2025**.

3. Plaintiffs' Motion for Class Certification is due on or before **July 3, 2025**, with brief limited to twenty-five (25) pages; Defendants' Response is due on or before **August 4, 2025**, with brief limited to twenty-five (25) pages; and Plaintiffs' Reply, if any, is due on or before **August 21, 2025**, with brief limited to seven (7) pages. A hearing on the motion for class certification will be set by further order of court.

4. If a discovery dispute occurs, prior to filing any discovery motions, the parties shall first meet and confer in an attempt to resolve the dispute.  If the matter is still unresolved after meeting and conferring, then the parties shall jointly contact Chambers for purposes of scheduling a telephone conference with the Court.

5. The Court will conduct a post-class certification status conference on a date to be set upon the resolution of the motion for class certification.  Lead trial counsel shall attend, and the court will inform counsel if attendance by the parties is necessary. Prior to that conference, the parties shall submit a joint proposed amended case management order setting forth dates related to fact discovery.

IT IS FURTHER ORDERED that counsel shall confer with their clients prior to all case management, status or pretrial conferences to obtain authority to

participate in settlement negotiations to be conducted by the Court. Counsel are encouraged to instruct the principals to be available by telephone to facilitate the amicable resolution of all litigation.

DATED this 25th day of October, 2024.

BY THE COURT:

s/Christopher B. Brown
United States Magistrate Judge

cc:  all counsel of record