IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T. MONTANA BELL; RONNIE E. JOHNSON; ANGEL MALDONADO; KAREEM MAZYCK; XAVIER PAGAN, on their own behalf and on behalf of all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA DEPARTMENT OF CORRECTIONS; LAUREL HARRY, Secretary, Pennsylvania Department of Corrections; CHRISTOPHER OPPMAN, Regional Deputy Secretary, Pennsylvania Department of Corrections; TREVOR WINGARD, former Regional Deputy Secretary, Pennsylvania Department of Corrections; JAMES BARNACLE, Director of BII, Pennsylvania Department of Corrections; LUCAS MALISHCHAK, Director of Psychology, Pennsylvania Department of Corrections; TINA WALKER, Superintendent, SCI Fayette; ERIC ARMEL, former Superintendent, SCI Fayette; SCOTT RIDDLE, Unit Manager, SCI Fayette; PETER SAAVEDRA, Psychiatrist, SCI Fayette; <br><br> Defendants. | Case No. 2:22-cv-01516-CRE |

### NOTICE OF APPEARANCE

Counsel, Dolly Prabhu, Esquire, hereby enters her appearance on behalf of Plaintiffs in the above-captioned case.

Respectfully submitted,

/s/ Dolly Prabhu
PA I.D. No. 328999
Abolitionist Law Center

1

P.O. Box 23032
Pittsburgh, PA 15221
Telephone: (610) 716-8381
dprabhu@alcenter.org