# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| T. MONTANA BELL; RONNIE E. JOHNSON; ANGEL MALDONADO; KAREEM MAZYCK, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEORGE M. LITTLE, *et al.*<br><br>Defendants. | Case No. 2:22-cv-01516<br><br>*Electronically Filed* |

## MOTION FOR ADMISSION *PRO HAC VICE* OF LUKE D. YAMULLA

Luke D. Yamulla, undersigned counsel for Plaintiffs in the above-captioned case, hereby moves that Luke D. Yamulla be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Luke D. Yamulla filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully Submitted,

Dated:    Jan. 23, 2025

/s/ *Luke D. Yamulla*
Luke D. Yamulla (Pa. Bar No. 334351)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
Telephone:    +1 215 994 2430
Facsimile:    +1 215 994 2222

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

T. MONTANA BELL; RONNIE E. JOHNSON; ANGEL MALDONADO; KAREEM MAZYCK, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

vs.

GEORGE M. LITTLE, *et al.*

Defendants.

Case No. 2:22-cv-01516

*Electronically Filed*

## AFFIDAVIT OF LUKE D. YAMULLA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Luke D. Yamulla, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiffs in the above-captioned matter pursuant to LCvR 83.2, LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Luke D. Yamulla, being duly sworn, do hereby depose and say as follows:

1. I am an associate of the law firm Dechert LLP.

2. My business address is 2929 Arch Street, Philadelphia, Pennsylvania 19104.

3. I am a member in good standing of the bars of the following courts:

    a. Supreme Court of Pennsylvania

4. My bar identification number for the Supreme Court of Pennsylvania is 334351. None of the other bars to which I am admitted issue identification numbers.

5. A certificate of good standing from the Supreme Court of Pennsylvania that is current within the prior twelve (12) months is attached to this Affidavit as Exhibit A.

6. I attest that I have never faced disciplinary action by the bar of any court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

-2-

9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated:   Jan. 23, 2025            /s/ *Luke D. Yamulla*
                                  Luke D. Yamulla