# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAGAN, et al.,** | : | No. 2:22-CV-01516 |
| Plaintiffs, | : | |
| | : | **Magistrate Judge Brown** |
| v. | : | **Electronically Filed Document** |
| **ARMEL, et al.** | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

    I, Assistant Counsel Sarah J. Simkin, hereby certify that on December 17, 2025, I caused to be served a true and correct copy of the foregoing document titled DOC DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT to the following: <u>VIA ELECTRONIC FILING</u>

Bret Grote, Esquire
Nia Holston, Esquire
Abolitionist Law Center
P.O. Box 8654
Pittsburgh, PA 15221
bretgrote@abolitionistlawcenter.org
nia@alcenter.org
*Counsel for Plaintiffs*

Rupalee Rashatwar, Esq.
Abolitionist Law Center
631 N. 12th Street
Philadelphia, PA 19123
rupalee@alcenter.org
*Counsel for Plaintiffs*

Will W. Sachse, Esq.
Noah S. Becker, Esq.
Stormie B. Mauck, Esq.
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
noah.becker@dechert.com
will.sachse@dechert.com
stormie.mauck@dechert.com
*Counsel for Plaintiffs*

Matthew A. Feldman, Esq.
Pennsylvania Institutional Law Project
718 Arch Street, Suite 304S
Philadelphia, PA 19106
mfeldman@pilp.org
*Counsel for Plaintiffs*

Alexandra Morgan-Kurtz, Esq.
Pennsylvania Institutional Law Project
247 Fort Pitt Blvd., 4th Floor
Pittsburgh, PA 15222
amorgan-kurtz@pilp.org
*Counsel for Plaintiffs*

Cassidy L. Neal, Esq.
Baum O'Connor Cullen Chmiel
912 Fort Duquesne Blvd.
Pittsburgh, PA 15222
cneal@bocclawfirm.com
*Counsel for Dr. Saavedra*

Erin Bachman Saltaformaggio, Esq.
One Jackson Place
188 E Capitol Street, Suite 1000
Jackson, MS 39201
esaltaformaggio@bradley.com
*Counsel for Dr. Saavedra*

                                                  */s/ Sarah J. Simkin*

December 17, 2025                        Sarah J. Simkin, Assistant Counsel